FILED

FEB -5 PM 3: 37

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  LOCKE LORD BISSELL & LIDDELL LLP
   MICHAEL V. POWELL (TX SBN 16204400) (*pro hac vice* admission pending)
2  mpowell@lockelord.com
   2200 Ross Avenue, Suite 2200
3  Dallas, Texas 75201-6776
   Telephone: (214) 740-8520
4  Facsimile: (214) 756-8520

5  COOPER, WHITE & COOPER LLP
   STEPHEN KAUS (SBN 57454)
6  skaus@cwclaw.com
   JIE-MING CHOU (SBN 211346)
7  jchou@cwclaw.com
   201 California Street, 17th Floor
8  San Francisco, California 94111
   Telephone:  (415) 433-1900
9  Facsimile:  (415) 433-5530

10 Attorneys for Defendant, American Airlines, Inc.

11

12                    UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

14

15 | KATHLEEN HANNI, individually and on       | CASE NO. C08-0732BZ
   | behalf of all others similarly situated,  |
16 |                                           | **APPLICATION FOR ADMISSION OF**
   |         Plaintiff,                        | **ATTORNEY *PRO HAC VICE***
17 |                                           |
   |    vs.                                    |
18 |                                           |
   | AMERICAN AIRLINES, INC., and DOES 1       |
19 | through 20, inclusive,                    |
20 |         Defendants.                       |

21

22
          Pursuant to Civil L.R. 11-3, Michael V. Powell, an active member in good standing of the
23
   bars of the States of Texas and Oklahoma and the bar of the United States District Court for the
24
   Northern District of Texas and other federal courts, hereby applies for admission to practice in the
25
   Northern District of California on a pro hac vice basis representing American Airlines, Inc. in the
26
   above-entitled action.
27
          In support of this application, I certify on oath that:
28

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

594313.1

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney(s) who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of those attorneys are:

COOPER, WHITE & COOPER LLP
Stephen D. Kaus (SBN 57454)
Jie-Ming Chou (SBN 211346)
201 California Street, 17th Floor
San Francisco, California 94111
Telephone: (415) 433-1900

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 1, 2008

*Michael Powell*

Michael V. Powell

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

594313.1

2

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

10356767 tif - 2/5/2008 1:56:43 PM