| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Paul S. Hudson, Esq.
4411 Bee Ridge Road #274
Sarasota, Florida 34233
410-940-8934 or 941-349-1947

FILED
08 FEB -6 PM 4: 28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN HANNI, individually and on behalf of all others similarly situated,

    Plaintiff(s),

v.

AMERICAN AIRLINES, INC. and DOES 1 through 20, inclusive,

    Defendant(s).

CASE NO. C 08 0732 BZ

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Paul S. Hudson, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff(s) in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

David G. Ramos, Esq., 3266 Villa Lane, Napa, California 94558
707-255-1700

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 3, 2008

                                                        Paul S. Hudson