PROOF OF SERVICE    FILED

I am a resident of the State of Florida, over the age of 18 and not a party to this action. My business address is 4411 Bee Ridge Road #274, Sarasota, Florida 34233.

On February 4th, 2008, I served on the Defendant American Airlines, Inc the following documents: Application for Admission of Attorney *Pro Hac Vice* with proposed Order

By depositing true copies in sealed, post paid envelopes and placing in a box under the exclusive control of the United States Postal Service in Sarasota, Florida addressed to

Cooper, White & Cooper LLP
Stephen Klaus
Jie-Ming Chou
Attorneys for Defendant
201 California Street, 17th Floor
San Francisco, California 94111

I declare under penalty of perjury the forgoing is true and correct.

Dated: February 4, 2008
       Sarasota, Florida

_____
Paul S. Hudson