LOCKE LORD BISSELL & LIDDELL LLP
MICHAEL V. POWELL (TX SBN 16204400) (*pro hac vice* admission pending)
  mpowell@lockelord.com
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Telephone: (214) 740-8520
Facsimile: (214) 756-8520

COOPER, WHITE & COOPER LLP
STEPHEN KAUS (SBN 57454)
  skaus@cwclaw.com
JIE-MING CHOU (SBN 211346)
  jchou@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:   (415) 433-1900
Facsimile:   (415) 433-5530

Attorneys for Defendant, American Airlines, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHLEEN HANNI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC., and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. C08-00732BZ<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

The undersigned, counsel of record for defendant American Airlines, Inc., certifies that the following listed entities or persons have either a financial interest in the subject matter in controversy or a non-financial interest in that subject matter that could be substantially affected by the outcome of this proceeding. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1.  Kathleen Hanni, plaintiff.

1    2.   American Airlines, Inc., defendant.

2    3.   AMR Corporation, the sole shareholder of American Airlines, Inc.

4   DATED: February 12, 2008                COOPER, WHITE & COOPER LLP

6                                           By: _____
                                            Jie-Ming Chou
7                                           Attorneys for Defendant American Airlines, Inc.

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

# PROOF OF SERVICE

I am a resident of the State of California. I am over the age of eighteen years, and not a party to this action. My business address is 201 California Street, Seventeenth Floor, San Francisco, California 94111-5002.

On February 12, 2008, I served the following document(s):

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

on each of the parties listed below at the following addresses:

| | |
|---|---|
| Law Offices of Paul S. Hudson P.C. | David G. Ramos, Esq. |
| 4411 Bee Ridge Road #274 | Law Offices of David G. Ramos |
| Sarasota, Florida 34233 | 3266 Villa Lane |
| | Napa, California 94558 |

**BY FIRST CLASS MAIL:** I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On the date specified above, as to each of the parties identified in the above service list, a true copy of the above-referenced document(s) were placed for deposit in the United States Postal Service in a sealed envelope, with postage fully prepaid; and on that same date that envelope was placed for collection in the firm's daily mail processing center, located at San Francisco, California following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 12, 2008, at San Francisco, California.

_____
Gina R. Rivera

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

594988.1