1  PAUL S. HUDSON (PRO HAC VICE)
   LAW OFFICES OF PAUL S. HUDSON P.C.
2  4411 Bee Ridge Road #274.
   Sarasota, Florida 34233
3  Telephone: 410-940-8934
   Facsimile: 240-391-1923
4
5  DAVID G. RAMOS (Bar No. 116456)
   LAW OFFICES OF DAVID G. RAMOS
   3266 Villa Lane
6  Napa, California 94558
   Telephone: 707-255-1700
7  Facsimile: 707-255-3660

8  Attorneys for Plaintiff KATHLEEN HANNI.
   Individually and on behalf of all others similarly situated
9

FILED

FEB - 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHLEEN HANNI, individually and on behalf of all others similarly situated, | No.   C08-00732 BZ |
| Plaintiff, | **DEMAND FOR JURY TRIAL** |
| v. | |
| AMERICAN AIRLINES, INC.; and DOES 1 through 20, inclusive, | |
| Defendants. | |

Plaintiff Kathleen Hanni, individually and on behalf of all others similarly situated, hereby demands trial by jury in this action.

DATED: February 6, 2008

　　　　　　　　　　　　　　　　　　　　　　DAVID G. RAMOS
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Kathleen Hanni

## PROOF OF SERVICE

I, the undersigned do hereby declare:

I am employed in the County of Napa, California. I am over the age of eighteen years; a citizen of the United States; and not a party to the within action; my business address is LAW OFFICES OF DAVID G. RAMOS, 3266 Villa Lane, Napa, California 94558.

On this date, FEBRUARY 6, 2008 I caused to be served the following documents:

DEMAND FOR JURY TRIAL.

on the interested parties in said cause, as designated below:

__X__   **(By U.S. Postal Service)** by placing on that date at my place of business, a true copy thereof, enclosed in a sealed envelope with postage fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

_____   **(By U.S. Postal Service)** by placing on that date at my place of business, a true copy thereof, enclosed in a sealed envelope, by registered or certified mail, return receipt requested, with postage fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

_____   **(United Parcel Service)** I caused a sealed envelope with United Parcel Service charges prepaid to be placed in the United Parcel Service depository at Napa, California for next day delivery.

_____   **(Personal Service)** I caused a true copy of the above referenced document(s) to be delivered by personal service to the address(es) shown below.

Said envelope(s) are addressed as follows:

Paul S. Hudson
LAW OFFICES OF PAUL S. HUDSON
4411 Bee Ridge Road, #274
Sarasota, Florida, 34233

Stephen Kaus
COOPER, WHITE & COOPER LLP
201 California Street, 17th Floor
San Francisco, California   94111

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **FEBRUARY 6, 2008** at Napa, California.

_____
**Mimie West**