**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking

Clerk

General Court Number

415.522.2000

## February 19, 2008

**CASE NUMBER:  CV 08-00732 BZ**

**CASE TITLE:  KATHLEEN HANNI-v-AMERICAN AIRLINES**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable Claudia Wilken** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 2/19/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                             Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects

Log Book Noted                              Entered in Computer 2/19/08ha

CASE SYSTEMS ADMINISTRATOR:

Copies to:  All Counsel                     Transferor CSA