UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNI et al, | Case Number: CV08-00732 CW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| AMERICAN AIRLINES, INC. et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 20, 2008, I SERVED a true and correct copy(ies) of the Case Management Scheduling Order for Reassigned Civil Case, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Gregory Ramos
Law offices of David G. Ramos
3266 Villa Lane
Napa, CA 94558

Michael V. Powell
Locke Lord Bissell & Liddell LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776

Paul S. Hudson
Law Offices of Paul S. Hudson P.C.
4411 Bee Ridge Road, #274
Sarasota, FL 34233

Dated: February 20, 2008

                                                  Richard W. Wieking, Clerk
                                                  By: Sheilah Cahill, Deputy Clerk