1  LOCKE LORD BISSELL & LIDDELL LLP
   MICHAEL V. POWELL (TX SBN 16204400) (*pro hac vice* admission pending)
2    mpowell@lockelord.com
   2200 Ross Avenue, Suite 2200
3  Dallas, Texas 75201-6776
   Telephone: (214) 740-8520
4  Facsimile: (214) 756-8520

5  COOPER, WHITE & COOPER LLP
   STEPHEN KAUS (SBN 57454)
6    skaus@cwclaw.com
   JIE-MING CHOU (SBN 211346)
7    jchou@cwclaw.com
   201 California Street, 17th Floor
8  San Francisco, California 94111
   Telephone:    (415) 433-1900
9  Facsimile:    (415) 433-5530

10 Attorneys for Defendant, American Airlines, Inc.

11

12                **UNITED STATES DISTRICT COURT**

13    **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

14

15 | KATHLEEN HANNI, individually and on behalf of all others similarly situated, | CASE NO. C08-00732CW |

16 | Plaintiff, | **AMENDED NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT BY DEFENDANT AMERICAN AIRLINES, INC.** |

17

18    vs.

19 AMERICAN AIRLINES, INC., and DOES 1 through 20, inclusive,

   **Fed. R. Civ. Pro. 9(b) & 12(b)(6)**

20    Defendants.

   Date: March 27, 2008
   Time: 2:00 p.m.
   Courtroom: 2, 4th Floor

21

22

23        PLEASE TAKE NOTICE that on March 27, 2008, at 2:00 p.m. in the courtroom of the

24 Honorable Claudia Wilken at the United States Courthouse located at 1301 Clay Street, Oakland,

25 California, defendant American Airlines, Inc. ("American"), will and hereby does move pursuant

26 to Federal Rules of Civil Procedure 12(b)(6) to dismiss plaintiff's Class Action Complaint for

27 False Imprisonment, Intentional Infliction of Emotional Distress, Negligence, Breach of Contract,

28 and Intentional Misrepresentation and prayer for relief (the "Complaint") for failure to state a

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

595371.1                                                                    C08-00732CW
                    NOTICE OF MOTION AND MOTION TO DISMISS

1 claim upon which relief can be granted.

2 American makes this motion on the grounds that:

3     (1)  Field preemption by the Federal Aviation Act of 1958 ("FAA") and its implementing

4 Federal Aviation Regulations ("FARs"), which preempt the field of passenger health and safety

5 onboard commercial aircraft;

6

7     (2)  Express preemption under the Airline Deregulation Act ("ADA"), which prohibits

8 states from "enact[ing] or enforc[ing] a law, regulation, or other provision having the force and

9 effect of law related to a price, route, or service of an air carrier," 49 U.S.C. § 41713(b)(1);

10     (3)  The Complaint fails to state a claim upon which relief can be granted pursuant to

11 Texas state law; and

12     (4)  Plaintiff's alleged fraud claim fails to meet the particularity requirements of Fed. R.

13 Civ. P. 9(b).

14

15     This motion is based on this Notice of Motion and Motion, the Memorandum of Points and

16 Authorities, and (Proposed) Order filed herewith, and upon other such matters as may be presented

17 to this Court.

18 DATED: February 20, 2008             COOPER, WHITE & COOPER LLP

19

20                               By

21                                 Jie-Ming Chou
                                Attorneys for Defendant American Airlines, Inc.

22

23

24

25

26

27

28

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

595371.1                      2                      C08-00732CW
NOTICE OF MOTION AND MOTION TO DISMISS

1

## PROOF OF SERVICE

2      I am a resident of the State of California. I am over the age of eighteen years, and not a party to this action. My business address is 201 California Street, Seventeenth Floor, San

3    Francisco, California 94111-5002.

4      On February 20, 2008, I served the following document(s):

5    **AMENDED NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT BY DEFENDANT AMERICAN AIRLINES, INC.**

6

on each of the parties listed below at the following addresses:

7

Law Offices of Paul S. Hudson P.C.            David G. Ramos, Esq.
8    4411 Bee Ridge Road #274                        Law Offices of David G. Ramos
Sarasota, Florida 34233                          3266 Villa Lane
9                                                                Napa, California 94558

10

11
**BY FIRST CLASS MAIL:** I am readily familiar with the business practice at my place of
12    business for collection and processing of correspondence for mailing with the United States Postal
Service. Correspondence so collected and processed is deposited with the United States Postal
13    Service that same day in the ordinary course of business. On the date specified above, as to each
of the parties identified in the above service list, a true copy of the above-referenced document(s)
14    were placed for deposit in the United States Postal Service in a sealed envelope, with postage fully
prepaid; and on that same date that envelope was placed for collection in the firm's daily mail
15    processing center, located at San Francisco, California following ordinary business practices.

16      I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.

17
Executed on February 20, 2008, at San Francisco, California.

18

19                                                        _MCb_____

20                                                        Melissa Batchelder

21

22

23

24

25

26

27

28

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

595373.1