1  LOCKE LORD BISSELL & LIDDELL LLP
   MICHAEL V. POWELL (TX SBN 16204400) (*pro hac vice* admission pending)
2    mpowell@lockelord.com
   2200 Ross Avenue, Suite 2200
3  Dallas, Texas 75201-6776
   Telephone: (214) 740-8520
4  Facsimile: (214) 756-8520

5  COOPER, WHITE & COOPER LLP
   STEPHEN KAUS (SBN 57454)
6    skaus@cwclaw.com
   JIE-MING CHOU (SBN 211346)
7    jchou@cwclaw.com
   201 California Street, 17th Floor
8  San Francisco, California 94111
   Telephone:   (415) 433-1900
9  Facsimile:   (415) 433-5530

10 Attorneys for Defendant, American Airlines, Inc.

FILED

FEB 26 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| KATHLEEN HANNI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC., and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. C08-0732 CW<br><br>(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Michael V. Powell, an active member in good standing of the bars of the States of Texas and Oklahoma who is admitted to practice before the United States District Court for the Northern District of Texas and other federal courts and whose business address and telephone number is:

LOCKE LORD BISSELL & LIDDELL LLP

2200 Ross Avenue, Suite 2200

Dallas, Texas 75201-6776

Telephone: (214) 740-8520

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

594348.1                                                                           C08-0732 CW
(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

1 having applied in the above-entitled action for admission to practice in the Northern District of
2 California on a *pro hac vice* basis, representing defendant, American Airlines, Inc.
3   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
4 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*
5 *vice*. Service of papers upon and communication with co-counsel designed in the application will
6 constitute notice to the party. All future filings in this action are subject to the requirements
7 contained in General Order No. 45, *Electronic Case Filing*.

9 Dated: February 26, 2008

_____
United States Magistrate Judge

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

594348.1                               2                            C08-0732 CW
(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE