1  PAUL S. HUDSON (pro hoc vice admission pending)
   LAW OFFICES OF PAUL S. HUDSON P.C.
2  4411 Bee Ridge Road #274.
   Sarasota, Florida 34233
3  Telephone: 410-940-8934
   Facsimile: 240-391-1923

4
   DAVID G. RAMOS (Bar No. 116456)
5  LAW OFFICES OF DAVID G. RAMOS
    barram@i-cafe.net
6  3266 Villa Lane
   Napa, California  94558
7  Telephone:  707-255-1700
   Facsimile:  707-255-3660

8
   Attorneys for Plaintiff KATHLEEN HANNI.
9  Individually and on behalf of all others similarly situated

10

11

12                    UNITED STATES DISTRICT COURT

13          NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

14

15  KATHLEEN HANNI, individually and on ) No.          C08-00732 CW
    behalf of all others similarly situated,  )
16                                            )
                    Plaintiff,                ) **NOTICE OF MOTION AND MOTION TO**
17                                            ) **REMAND**
    v.                                        )
18                                            )
    AMERICAN AIRLINES, INC.; and DOES 1 ) Date: April 24, 2008
19  through 20, inclusive,                    ) Time: 2:00 p.m.
                                              ) Courtroom: 2
20                  Defendants.               )
                                              )
21  _____)

22          PLEASE TAKE NOTICE that on April 24th, 2008, at 2:00 p.m. in the courtroom of the

23  Honorable Claudia Wilken at the United States Courthouse located at 1301 Clay Street, Oakland,

24  California, plaintiff Kathleen Hanni, will and hereby does move pursuant to 28 U.S.C. 1447 for an

25  order remanding this action to the Superior Court, Napa County, California, with actual costs including

26  attorney fees pursuant to 28 USC 1447(c), or in the alternative, for an order requiring Defendant to turn

27  over to Plaintiff's counsel the names, addresses and telephone numbers of its passengers that were

28

1  subject to diversions and delays from Dallas Forth Worth airports on December 29th, 2006, and for

2  such other relief as the Court deems just and proper in the circumstances.

3        The ground for this motion is that United States District Court lacks jurisdiction as

4  claimed by Defendant, American Airlines, Inc., through its attorney, Jie-Ming Chou, in a Notice of

5  Removal dated January 31, 2008, removing this action from  the Superior Court of Napa County

6  California by alleging original federal jurisdiction based on the Class Action Fairness Act of 2005, 28

7  U.S.C. Section 1332(d) and Diversity of Citizenship and Supplemental Jurisdiction under 28 U.S.C.

8  Sections 1332(a)(1), 1367(a) and 1441(a).

9        This motion is based on this Notice of Motion and Motion, the accompanying

10 Memorandum of Points and Authorities, the Declarations of Kathleen Hanni and Paul S. Hudson, the

11 (Proposed) Order filed herewith, and upon other such matters as may be presented to this Court.

12

13 Dated:  February 29, 2008                    LAW OFFICES OF DAVID G. RAMOS
                                              LAW OFFICES OF PAUL S. HUDSON PC
14

15                                            By: _____
                                                  David G. Ramos
16
                                              Attorneys for Plaintiff KATHLEEN HANNI
17                                            Individually and on behalf of all others
                                                  Similarly situated
18

19

20

21

22

23

24

25

26

27

28