```
 1  PAUL S. HUDSON (pro hoc vice admission pending)
    LAW OFFICES OF PAUL S. HUDSON P.C.
 2  4411 Bee Ridge Road #274.
    Sarasota, Florida 34233
 3  Telephone: 410-940-8934
    Facsimile: 240-391-1923
 4
    DAVID G. RAMOS (Bar No. 116456)
 5  LAW OFFICES OF DAVID G. RAMOS
     barram@i-cafe.net
 6  3266 Villa Lane
    Napa, California  94558
 7  Telephone:  707-255-1700
    Facsimile:  707-255-3660
 8
    Attorneys for Plaintiff KATHLEEN HANNI.
 9  Individually and on behalf of all others similarly situated
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| KATHLEEN HANNI, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN AIRLINES, INC.; and DOES 1 through 20, inclusive, <br><br> Defendants. | No.   C08-00732 CW <br><br> **DECLARATION OF KATHLEEN HANNI IN SUPPORT OF MOTION TO REMAND** <br><br> Date: April 24, 2008 <br> Time: 2:00 p.m. <br> Courtroom: 2 |

I, Kathleen Hanni, hereby declare:

1. I am the named plaintiff in the subject action and make this affidavit in support of a motion to remand this case to California Superior Court, Napa County where it was filed and where I reside. I have personal knowledge of the matters set forth in this declaration, except for those facts that are alleged on information and belief, and as to those facts, I believe them to be true. I could and would testify competently thereto if called as a witness.

2. I am a citizen of the State of California and upon information and belief the majority of others similarly situated are also citizens of California.

3. The basis for this belief is that after my horrible experience detailed in the complaint on American Airlines Flight 1348 on December 29th, 2006, I met or was contacted by over 50 other persons who had had similar experiences on other American Airlines flights the same day that were diverted from Dallas (DFW) airport and held in aircraft against their will for up to 10 hours without essential needs.

4. Of the 50 other such persons who provided me with their telephone numbers, 36 were California telephone numbers.

5. Of the stranded/diverted American Airlines flights that suffered as I did, they included flights to DFW from San Francisco (1348), Oakland (1008), Fresno (534), Little Rock, Burbank, Ontario (Los Angeles), and Phoenix.

6. I also purchased my ticket from American Airlines in California.

7. I am not seeking individual damages in this lawsuit in excess of $75,000 including attorney fees and punitive damages, and I do not know whether the aggregate total damage claims will exceed $5 million should this case be certified as a class action.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on February ___, 2008, in _____, Pennsylvania.

_____
Kathleen Hanni

2. I am a citizen of the State of California and upon information and belief the majority of others similarly situated are also citizens of California.

3. The basis for this belief is that after my horrible experience detailed in the complaint on American Airlines Flight 1348 on December 29th, 2006, I met or was contacted by over 50 other persons who had had similar experiences on other American Airlines flights the same day that were diverted from Dallas (DFW) airport and held in aircraft against their will for up to 10 hours without essential needs.

4. Of the 50 other such persons who provided me with their telephone numbers, 36 were California telephone numbers.

5. Of the stranded/diverted American Airlines flights that suffered as I did, they included flights to DFW from San Francisco (1348), Oakland (1008), Fresno (534), Little Rock, Burbank, Ontario (Los Angeles), and Phoenix.

6. I also purchased my ticket from American Airlines in California.

7. I am not seeking individual damages in this lawsuit in excess of $75,000 including attorney fees and punitive damages, and I do not know whether the aggregate total damage claims will exceed $5 million should this case be certified as a class action.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on February _29, 2008, in _Collegeville_____, Pennsylvania.

Kathleen Hanni

DECLARATION OF KATHLEEN HANNI IN SUPPORT OF
MOTION TO REMAND                              2