LOCKE LORD BISSELL & LIDDELL LLP
MICHAEL V. POWELL (TX SBN 16204400) (appearance *pro hac vice*)
  mpowell@lockelord.com
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Telephone: (214) 740-8520
Facsimile: (214) 756-8520

COOPER, WHITE & COOPER LLP
STEPHEN KAUS (SBN 57454)
  skaus@cwclaw.com
JIE-MING CHOU (SBN 211346)
  jchou@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:   (415) 433-1900
Facsimile:   (415) 433-5530

Attorneys for Defendant, American Airlines, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| KATHLEEN HANNI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC., and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. C08-00732 CW<br><br>AMENDED NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT BY DEFENDANT AMERICAN AIRLINES, INC.<br><br>Fed. R. Civ. Pro. 9(b) & 12(b)(6)<br><br>Date: April 24, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor |

PLEASE TAKE NOTICE that pursuant to Local Rule 7-7(a) defendant American Airlines, Inc. ("American"), hereby continues the hearing on its Motion to Dismiss previously set for March 27, 2008 to April 24, 2008 at 2:00 p.m. in the courtroom of the Honorable Claudia Wilken at the United States Courthouse located at 1301 Clay Street, Oakland, California. American will and hereby does move pursuant to Federal Rules of Civil Procedure 12(b)(6) to dismiss plaintiff's Class Action Complaint for False Imprisonment, Intentional Infliction of Emotional Distress,

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

596032.1                                                                                          C08-00732CW
AMENDED NOTICE OF MOTION AND MOTION TO DISMISS

Negligence, Breach of Contract, and Intentional Misrepresentation and prayer for relief (the "Complaint") for failure to state a claim upon which relief can be granted.

American makes this motion on the grounds that:

(1) Field preemption by the Federal Aviation Act of 1958 ("FAA") and its implementing Federal Aviation Regulations ("FARs"), which preempt the field of passenger health and safety onboard commercial aircraft;

(2) Express preemption under the Airline Deregulation Act ("ADA"), which prohibits states from "enact[ing] or enforc[ing] a law, regulation, or other provision having the force and effect of law related to a price, route, or service of an air carrier," 49 U.S.C. § 41713(b)(1);

(3) The Complaint fails to state a claim upon which relief can be granted pursuant to Texas state law; and

(4) Plaintiff's alleged fraud claim fails to meet the particularity requirements of Fed. R. Civ. P. 9(b).

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, and (Proposed) Order filed herewith, and upon other such matters as may be presented to this Court.

DATED: March 3, 2008

COOPER, WHITE & COOPER LLP

By: /s/ Jie-Ming Chou
Attorneys for Defendant American Airlines, Inc.

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

596032.1                2                C08-00732CW
AMENDED NOTICE OF MOTION AND MOTION TO DISMISS