**RECEIVED**
MAR - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**FILED**
MAR - 5 2008
RICHARD W. WIEKING
...
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

KATHLEEN HANNI, individually and on behalf of all others similarly situated,

  Plaintiff(s),

v.

AMERICAN AIRLINES, INC. and Does 1 through 20, inclusive,

  Defendant(s).

CASE NO. C 08-00732 CW

(~~Proposed~~)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Paul S. Hudson, an active member in good standing of the bar of the State of New York (all courts) whose business address and telephone number (particular court to which applicant is admitted) is

4411 Bee Ridge Road #274, Sarasota, Florida 34233, 941-349-1947 or 410-940-8934,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Kathleen Hanni,

   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: MAR - 5, 2008

_____
United States District   Judge