LOCKE LORD BISSELL & LIDDELL LLP
MICHAEL V. POWELL (TX SBN 16204400) (appearance *pro hac vice*)
  mpowell@lockelord.com
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Telephone: (214) 740-8520
Facsimile: (214) 756-8520

COOPER, WHITE & COOPER LLP
STEPHEN KAUS (SBN 57454)
  skaus@cwclaw.com
JIE-MING CHOU (SBN 211346)
  jchou@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:   (415) 433-1900
Facsimile:   (415) 433-5530

Attorneys for Defendant, American Airlines, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| KATHLEEN HANNI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC., and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. C08-00732 CW<br><br>**DECLARATION OF JIE-MING CHOU IN SUPPORT OF DEFENDANT AMERICAN AIRLINES, INC'S MOTION FOR LEAVE TO AMEND NOTICE OF REMOVAL**<br><br>Date: April 24, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor |

I, Jie-Ming Chou, hereby declare:

    1.    I am a partner with the law firm of Cooper, White & Cooper LLP located at 201 California Street, 17th Floor, San Francisco, California 94111 and am counsel of record for American Airlines, Inc. ("American") in this action. I have personal knowledge of the matters set forth in this declaration, except for those facts that are alleged on information and belief, and as to those facts, I believe them to be true. I could and would testify competently thereto if called as a witness.

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

597083.1                                                                                                          C08-00732CW
Declaration of Jie-Ming Chou in Support of Defendant's Motion for Leave to Amend Notice of Removal

2.  On Monday, March 17, 2008, I contacted plaintiff's counsel, David Ramos, to request plaintiff's stipulation for American to file an Amended Notice of Removal in order to supplement American's original Notice of Removal with the information contained in plaintiff's settlement demand letter of March 3, 2008 with respect to plaintiff's assertion of the amount in controversy in this action. During that conversation, I provided Mr. Ramos with the relevant Ninth Circuit authority, namely *Cohn v. Petsmart, Inc.*, 281 F.3d 837 (9th Cir. 2002), on which American was basing its use of plaintiff's settlement demand.

3.  Mr. Ramos responded to American's request on Tuesday, March 18, 2008 and informed me that plaintiff was unwilling to stipulate to American's filing of an Amended Notice of Removal.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 19, 2008 in San Francisco, California.

Jie-Ming Chou

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

597083.1                                    2                                    C08-00732CW
Declaration of Jie-Ming Chou in Support of Defendant's Motion for Leave to Amend Notice of Removal