LOCKE LORD BISSELL & LIDDELL LLP
MICHAEL V. POWELL (TX SBN 16204400) (*pro hac vice* admission pending)
   mpowell@lockelord.com
2200 Ross Avenue, Suite 2200
Dallas, Texas  75201-6776
Telephone:  (214) 740-8520
Facsimile:  (214) 756-8520

COOPER, WHITE & COOPER LLP
STEPHEN KAUS (SBN 57454)
   skaus@cwclaw.com
JIE-MING CHOU (SBN 211346)
   jchou@cwclaw.com
201 California Street, 17th Floor
San Francisco, California  94111
Telephone:     (415) 433-1900
Facsimile:     (415) 433-5530

Attorneys for Defendant, American Airlines, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| KATHLEEN HANNI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC., and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. C08-00732 CW<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AN AMENDED NOTICE OF REMOVAL BY DEFENDANT AMERICAN AIRLINES, INC.**<br><br>28 U.S.C. §§ 1441(a), 1446, and 1453(b)<br><br>Date: April 24, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor |

This matter came before the Court on April 24, 2008, before the Honorable Claudia Wilken, United States District Judge, presiding, on the Motion for Leave to Amend to File an Amended Notice of Removal filed by defendant American Airlines, Inc.  The Court has considered the moving papers, the arguments of counsel, and the record, and based thereon, GRANTS the Motion for Leave to File an Amended Notice of Removal.

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

597089.1                                                                                          C08-00732CW
(PROPOSED) ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED NOTICE OF REMOVAL

1  IT IS HEREBY ORDERED that the Motion for Leave to File an Amended Notice of
2  Removal, is GRANTED.
3  IT IS SO ORDERED.

5  Dated: _____, 2008

```
                                              _____
                                              The Honorable Claudia Wilken
                                              United States District Judge
```

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

597089.1                                    2                              C08-00732CW
(PROPOSED) ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED NOTICE OF REMOVAL