# PROOF OF SERVICE

I am a resident of the State of California. I am over the age of eighteen years, and not a party to this action. My business address is 201 California Street, Seventeenth Floor, San Francisco, California 94111-5002.

On March 19, 2008, I served the following document(s):

NOTICE OF MOTION FOR LEAVE TO FILE AMENDED NOTICE OF REMOVAL BY DEFENDANT AMERICAN AIRLINES, INC.; DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED NOTICE OF REMOVAL; DECLARATION OF MICHAEL POWELL IN SUPPORT OF DEFENDANT AMERICAN AIRLINES, INC.'S MOTION FOR LEAVE TO AMEND NOTICE OF REMOVAL; DECLARATION OF JIE-MING CHOU IN SUPPORT OF DEFENDANT AMERICAN AIRLINES, INC.'S MOTION FOR LEAVE TO AMEND NOTICE OF REMOVAL; and [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AN AMENDED NOTICE OF REMOVAL BY DEFENDANT AMERICAN AIRLINES, INC.

on each of the parties listed below at the following addresses:

Law Offices of Paul S. Hudson P.C.
4411 Bee Ridge Road #274
Sarasota, Florida 34233

**BY FIRST CLASS MAIL:** I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On the date specified above, as to each of the parties identified in the above service list, a true copy of the above-referenced document(s) were placed for deposit in the United States Postal Service in a sealed envelope, with postage fully prepaid; and on that same date that envelope was placed for collection in the firm's daily mail processing center, located at San Francisco, California following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 19, 2008, at San Francisco, California.

_____
Melissa Batchelder

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

597110.1