1 LOCKE LORD BISSELL & LIDDELL LLP
MICHAEL V. POWELL (TX SBN 16204400) (appearance *pro hac vice*)
2   mpowell@lockelord.com
2200 Ross Avenue, Suite 2200
3 Dallas, Texas  75201-6776
Telephone:  (214) 740-8520
4 Facsimile:  (214) 756-8520

5 COOPER, WHITE & COOPER LLP
STEPHEN KAUS (SBN 57454)
6   skaus@cwclaw.com
JIE-MING CHOU (SBN 211346)
7   jchou@cwclaw.com
201 California Street, 17th Floor
8 San Francisco, California  94111
Telephone:    (415) 433-1900
9 Facsimile:    (415) 433-5530

10 Attorneys for Defendant, American Airlines, Inc.

11

12 **UNITED STATES DISTRICT COURT**

13 **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

14

15 KATHLEEN HANNI, individually and on
behalf of all others similarly situated,

16                        Plaintiff,

17         vs.

18 AMERICAN AIRLINES, INC., and DOES 1
19 through 20, inclusive,

20                        Defendants.

21

CASE NO. C08-00732 CW

**DECLARATION OF JIE-MING CHOU IN
SUPPORT OF DEFENDANT AMERICAN
AIRLINES, INC'S APPLICATION FOR
ORDER SHORTENING TIME AND TO
EXTEND HEARING DATE**

**Local Rule 6-1(b)**

22 I, Jie-Ming Chou, hereby declare:

23         1.      I am a partner with the law firm of Cooper, White & Cooper LLP located at 201

24 California Street, 17th Floor, San Francisco, California 94111 and am counsel of record for

25 American Airlines, Inc. ("American") in this action.  I have personal knowledge of the matters set

26 forth in this declaration, except for those facts that are alleged on information and belief, and as to

27 those facts, I believe them to be true.  I could and would testify competently thereto if called as a

28 witness.

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

1    2.    On Wednesday, March 19, 2008, I telephoned plaintiff's counsel, David Ramos, to

2    request plaintiff's stipulation for American to file an Application for Order Shortening Time

3    ("Order") with respect to American's Motion for Leave to File an Amended Notice of Removal

4    ("Motion for Leave") filed with this Court on March 19, 2009 and currently set for a hearing on

5    April 24, 2008, but was unable to reach Mr. Ramos in person and therefore left a voicemail.

6    3.    I called Mr. Ramos again on Thursday morning, March 20, 2008 and was

7    ultimately able to speak with Mr. Ramos at approximately 10:40 a.m. I asked if Mr. Ramos would

8    stipulate to an Order and explained the basis for American's request to have its Motion for Leave

9    heard on shortened time (as detailed in American's Order filed herewith). I proposed the

10    following shortened briefing and hearing schedule:

11            a.    March 27, 2008 at 2:00 p.m. – hearing on American's Application for Order

12        Shortening Time;

13            b.    March 24, 2008 – deadline for plaintiff to file opposition brief

14            c.    March 25, 2008 – deadline for American to file reply brief

15    Mr. Ramos stated that he would call and confer with his co-counsel, Paul Hudson, right after he

16    got off the phone with me and get back to me with an answer.

17    4.    When I had not heard back from Mr. Ramos by 4:00 p.m. on March 20, 2008, I

18    again called Mr. Ramos to ascertain if he would stipulate to the Order. I was informed by Mr.

19    Ramos secretary that he was occupied on another call and therefore left a message for Mr. Ramos.

20    5.    Not having received a call back from Mr. Ramos by 5 p.m., I sent an email to Mr.

21    Ramos and asked that he let me know by 5:30 p.m. if he would stipulate to an Order. A true and

22    correct copy of my email to Mr. Ramos is attached hereto as Exhibit 1. Mr. Ramos has not

23    responded to my calls or email as of the time of the filing of this declaration and the Order.

24    6.    Due to the timing requirements of Local Rule 6-3 and since I was unable to obtain

25    Mr. Ramos stipulation to the original shortened briefing and hearing schedule detailed above in

26    Paragraph 3, I hereby request that the Court set the following briefing and hearing schedule for the

27    Motion for Leave:

28            a.    April 3, 2008 at 2:00 p.m. – hearing on American's Application for Order

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

597181.1                                  2                                  C08-00732CW
Declaration of Jie-Ming Chou in Support of Defendant's Application for Order Shortening Time

1  Shortening Time;

2        b.    March 27, 2008 – deadline for plaintiff to file opposition brief

3        c.    April 1, 2008 – deadline for American to file reply brief

4      7.    Plaintiff and American both currently have motions set for a hearing on April 24,

5  2008 – a Motion to Remand for plaintiff and a Motion to Dismiss for American. American

6  proposes to reset its Motion to Dismiss from April 24, 2008 to May 1, 2008 and requests that the

7  Court move plaintiff's Motion to Remand to be heard on May 1, 2008 as well, so that the Court

8  may rule on American's Order and Motion for Leave prior to the deadline for American to file its

9  opposition brief to the Motion to Remand, which would be on April 10, 2008 for a May 1, 2008

10  hearing. If the hearing on plaintiff's Motion to Remand stays on April 24, 2008, American will be

11  required to file its opposition brief on April 3, 2008 pursuant to Civil Local Rule 7-3. This would

12  be before this Court has the opportunity to rule on the American's Order and Motion for Leave.

13      8.    Attached hereto as Exhibit 2 is a true and correct copy of the order issued by the

14  United States District Court for the Western District of Arkansas, Fayetteville Division, in the case

15  of *Ray v. American Airlines Inc.*, Case No. 08-5025, an identical class action filed against

16  American by plaintiff's counsel, Paul Hudson, in which the Arkansas Western District Court

17  granted American's Motion for Leave to File an Amended Notice of Removal yesterday, March

18  19, 2008.

19      I declare under penalty of perjury that the foregoing is true and correct, and that this

20  declaration was executed on March 20, 2008 in San Francisco, California.

21

22

23                                   Jie-Ming Chou

24

25

26

27

28

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

Declaration of Jie-Ming Chou in Support of Defendant's Application for Order Shortening Time

# Exhibit 1

**Jamie Chou**

| | |
|---|---|
| **From:** | Jamie Chou |
| **Sent:** | Thursday, March 20, 2008 5:03 PM |
| **To:** | 'barram@i-cafe.net' |
| **Cc:** | Stephen Kaus |
| **Subject:** | Hanni v. American Airlines - Stipulation for Order Shortening Time |

David,

I have not yet heard back from you with respect to my request for your stipulation to an Order Shortening Time on American Airlines' Motion for Leave to File an Amended Notice of Removal. I called to follow up with you about an hour ago, but your secretary stated you were on another call, so I left a message with her. If I do not hear back from you by 5:30 p.m. I will have to proceed with filing an Application for Order Shortening Time with the Court.

Without your stipulation to the timing I proposed earlier (hearing on Motion for Leave on 3/27, opposition brief due on 3/24 and reply brief due on 3/25), American Airlines proposes to move the hearing on its Motion to Dismiss to May 1, 2008 and I will be asking the Court to move your Motion to Remand to May 1, 2008 as well so as to accommodate the timing parameters set forth in the local rules with respect to requests to shorten time (Rules 6-1 to 6-3) and briefing deadlines on the motions to remand and dismiss (Rules 7-2 and 7-3). I will be asking the Court to set the Motion for Leave for hearing on April 3, 2008 with opposition brief due on March 27, 2008 and reply brief due on April 1, 2008.

If you could please let me know before 5:30 if you willing to stipulate to my initial proposed or to my revised proposal above.

Regards,
Jamie

Jamie Chou, Esq.
Cooper, White & Cooper LLP
201 California Street, 17th Floor
San Francisco, CA 94111
Phone: (415) 433-1900
Fax: (415) 433-5530
jchou@cwclaw.com

=================================================

This communication (including any attachments) contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive messages for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the communication. If you have received the communication in error, please advise the sender by reply e-mail and delete the communication. Nothing in this communication should be interpreted as a digital or electronic signature that can be used to authenticate a contract or other legal document.

IRS Circular 230 Disclosure: In accordance with compliance requirements imposed by the Internal Revenue Service, Cooper, White & Cooper LLP informs you that any tax advice contained in this communication (including any attachments), unless expressly stated otherwise, is not intended and may not be used to (i) avoid penalties that may be imposed on taxpayers under the Internal Revenue Code or (ii) promote, market or recommend to another party any of the matters addressed herein.

=================================================

# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CATHERINE RAY, on behalf of
herself and all others
similarly situated,                                              PLAINTIFF

        V.                      CIVIL NO. 08-5025

AMERICAN AIRLINES, INC.                                          DEFENDANT

**ORDER**

Now on this 19th day of March, 2008, there comes on for consideration Defendant's Motion for Leave to File Amended Notice of Removal (Doc. 19). The Court, being well and sufficiently advised in the premises, finds that Defendant's Motion should be and hereby is GRANTED. Accordingly, the Amended Notice of Removal filed on March 17, 2008, is deemed timely filed.

IT IS SO ORDERED this 19th day of March, 2008.

                        */s/ Robert T. Dawson*
                        Honorable Robert T. Dawson
                        United States District Judge

AO72A
(Rev. 8/82)