1  LOCKE LORD BISSELL & LIDDELL LLP
   MICHAEL V. POWELL (TX SBN 16204400) (*pro hac vice* admission pending)
2    mpowell@lockelord.com
   2200 Ross Avenue, Suite 2200
3  Dallas, Texas 75201-6776
   Telephone: (214) 740-8520
4  Facsimile: (214) 756-8520

5  COOPER, WHITE & COOPER LLP
   STEPHEN KAUS (SBN 57454)
6    skaus@cwclaw.com
   JIE-MING CHOU (SBN 211346)
7    jchou@cwclaw.com
   201 California Street, 17th Floor
8  San Francisco, California 94111
   Telephone:    (415) 433-1900
9  Facsimile:    (415) 433-5530

10 Attorneys for Defendant, American Airlines, Inc.

11

12                    UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

14

| 15 | KATHLEEN HANNI, individually and on behalf of all others similarly situated, | CASE NO. C08-00732 CW |
|---|---|---|
| 16 | | [PROPOSED] ORDER GRANTING APPLICATION FOR SHORTENED TIME AND TO EXTEND HEARING DATE BY DEFENDANT AMERICAN AIRLINES, INC. |
| 17 | Plaintiff, | |
| 18 | vs. | |
| 19 | AMERICAN AIRLINES, INC., and DOES 1 through 20, inclusive, | Local Rule 6-1(b) |
| 20 | Defendants. | |

21

22    The Court has considered the moving papers and the record, and based thereon, GRANTS

23 defendant American Airlines, Inc.'s ("American") Application for Order Shortening Time and to

24 Extend Hearing Date.

25    IT IS HEREBY ORDERED that the parties shall abide by the following briefing and

26 hearing schedule on American's Motion for Leave to File an Amended Notice of Removal.

27        a.    April 3, 2008 at 2:00 p.m. – hearing on American's Motion for Leave to File

28 Amended Notice of Removal;

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

597202.1                                                                C08-00732CW
(PROPOSED) ORDER GRANTING APPLICATION FOR ORDER SHORTENING TIME

   b. March 27, 2008 – deadline for plaintiff to file opposition brief

   c. April 1, 2008 – deadline for American to file reply brief

IT IS HEREBY ALSO ORDERED that plaintiff Kathleen Hanni's Motion to Remand is hereby reset to be heard on May 1, 2008 at 2:00 p.m.

IT IS SO ORDERED.

Dated: _____, 2008

_____
The Honorable Claudia Wilken
United States District Judge

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

597202.1  2  C08-00732CW
(PROPOSED) ORDER GRANTING APPLICATION FOR ORDER SHORTENING TIME