IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN HANNI, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>AMERICAN AIRLINES, INC.,<br><br>        Defendant.<br>_____/ | No. C 08-732-CW<br><br>ORDER DENYING DEFENDANT'S APPLICATION FOR ORDER SHORTENING TIME<br><br>[Docket No. 33] |

Having considered Defendant American Airlines, Inc.'s application for an order shortening time on its motion for leave to file an amended notice of removal and the declaration of Jie-Ming Chou filed in support thereof, the Court hereby DENIES the application.  Defendant may include in its opposition to Plaintiff's motion to remand any facts and argument related to the letter from Plaintiff to Defendant dated March 3, 2008.

IT IS SO ORDERED.

Dated: 3/25/08

_____
CLAUDIA WILKEN
United States District Judge