PAUL S. HUDSON (admitted pro hoc vice)
LAW OFFICES OF PAUL S. HUDSON P.C.
globetrotter1947@hotmail.com
4411 Bee Ridge Road #274.
Sarasota, Florida 34233
Telephone: 410-940-8934
Facsimile: 240-391-1923

DAVID G. RAMOS (Bar No. 116456)
LAW OFFICES OF DAVID G. RAMOS
barram@i-cafe.net
3266 Villa Lane
Napa, California 94558
Telephone: 707-255-1700
Facsimile: 707-255-3660

Attorneys for Plaintiff KATHLEEN HANNI.
Individually and on behalf of all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| KATHLEEN HANNI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.; and DOES 1 through 20, inclusive,<br><br>Defendants. | No. C08-00732 CW<br><br>**DECLARATION OF PAUL S. HUDSON IN OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO AMEND NOTICE OF REMOVAL**<br><br>Date: April 24, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor |

I, Paul S. Hudson, hereby declare:

1. I am the attorney for the plaintiff in this action, having been admitted to practice pro hac vice. I have personal knowledge of the matters set forth herein, and, if called upon, could and would testify competently thereto.

1. Prior to issuing a settlement letter dated March 3rd, 2008, to Defendant's attorney Michael Powell, Esq. pro hac vice, I communicated with attorney Powell by telephone

and email (he initially called me), and in furtherance of the ADR process, sent him a settlement proposal dated March 3, 2008, with the specific condition that it not be disclosed or used for any purpose other than settlement. See second to last par. March 3rd, 2008 Settlement Letter, p. 7, Doc. Entry #29,

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 24th, 2008 at Sarasota, Florida.

Paul S. Hudson