LOCKE LORD BISSELL & LIDDELL LLP
MICHAEL V. POWELL (TX SBN 16204400) (appearance *pro hac vice*)
  mpowell@lockelord.com
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Telephone: (214) 740-8520
Facsimile: (214) 756-8520

COOPER, WHITE & COOPER LLP
STEPHEN KAUS (SBN 57454)
  skaus@cwclaw.com
JIE-MING CHOU (SBN 211346)
  jchou@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:   (415) 433-1900
Facsimile:    (415) 433-5530

Attorneys for Defendant, American Airlines, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| KATHLEEN HANNI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC., and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. C08-00732 CW<br><br>**DECLARATION OF MICHAEL POWELL IN SUPPORT OF DEFENDANT AMERICAN AIRLINES, INC'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED NOTICE OF REMOVAL**<br><br>Date: April 24, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor |

I, Michael V. Powell, hereby declare:

   1.   I am a partner with the law firm of Locke Lord Bissell & Liddell located at 2200 Ross Avenue, Suite 2200, Dallas, Texas 75201 and am counsel of record for American Airlines, Inc. ("American") in this action. I have personal knowledge of the matters set forth in this declaration, except for those facts that are alleged on information and belief, and as to those facts, I believe them to be true. I could and would testify competently thereto if called as a witness.

2. On March 3, 2008 I received a call from Mr. Hudson. I had a very brief conversation with Mr. Hudson in which he informed me that he was about to send me a settlement demand letter ("Settlement Demand"). Nothing else was discussed during that call.

3. At no time during my brief call with Mr. Hudson did he inform me that the Settlement Demand he was sending me was in furtherance of any ADR process mandated by this Court nor did he seek my agreement that the unsolicited Settlement Demand would be kept confidential.

4. Counsel for American have not yet engaged in any discussions with Mr. Hudson (or Mr. Ramos) about an ADR process, nor has American affirmatively solicited any settlement demands from plaintiff's counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on April 9, 2008 in Dallas, Texas.

*[signature]*

Michael V. Powell

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

598283.1

2

C08-00732CW

Declaration of Mike Powell in support of Defendant's Opposition to Plaintiff's Motion for Remand