UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kathleen Hanni

CASE NO. 08-00732 CW

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

American Airlines, Inc.

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
  request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference May 13, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Michael Powell | American Airlines, Inc. | (214) 740.8520 | mpowell@lockelord.com |
| Stephen Kaus | American Airlines, Inc. | (415) 765-0378 | skaus@cwclaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: _____

Attorney for Plaintiff

Dated: April 21, 2008

/s/ Stephen Kaus
Attorney for Defendant

Rev 12.05