UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HANNI,

    Plaintiff,

v.

AMERICAN AIRLINES, INC.,

    Defendant.

NO. C 08-00732 CW

**MINUTE ORDER**
Date: 4/24/08

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**    **Court Reporter:** Starr Wilson, pro tem

**Appearances for Plaintiff:**
Paul Hudson; David Ramos

**Appearances for Defendant:**
Michael Powell; Stephen Kaus; Jamie Chou

**Motions:**

| | | |
|---|---|---|
| Plaintiff | Mo. to Remand | Denied |
| Defendant American Airlines | Mo. to dismiss plaintiff's complaint | Granted with leave to amend |
| Defendant American Airlines | Mo. for leave to file amended notice of removal | Granted |

Further briefing due:
Order to be prepared by: Court

Notes: Motion to remand denied. Motion for leave to file amended notice of removal granted. Motion to dismiss plaintiff's complaint granted with leave to amend; plaintiff to file amended complaint by 5/15/08; defendant's answer or motion to dismiss to be filed by 6/5/08. If defendant is filing a motion to dismiss amended complaint, it should be noticed for hearing on 7/10/08 at 2:00 p.m. The Case Management Conference previously set for 5/13/08 is vacated and rescheduled to 7/10/08 at 2:00 p.m.

Copies to: Chambers