1  LOCKE LORD BISSELL & LIDDELL LLP
   MICHAEL V. POWELL (TX SBN 16204400) (appearance *pro hac vice*)
2   mpowell@lockelord.com
   2200 Ross Avenue, Suite 2200
3  Dallas, Texas  75201-6776
   Telephone:  (214) 740-8520
4  Facsimile:  (214) 756-8520

5  COOPER, WHITE & COOPER LLP
   STEPHEN KAUS (SBN 57454)
6   skaus@cwclaw.com
   JIE-MING CHOU (SBN 211346)
7   jchou@cwclaw.com
   201 California Street, 17th Floor
8  San Francisco, California  94111
   Telephone:     (415) 433-1900
9  Facsimile:     (415) 433-5530

10 Attorneys for Defendant
   American Airlines, Inc.
11

12
               UNITED STATES DISTRICT COURT
13
         NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
14

15

| KATHLEEN HANNI, individually and on behalf of all others similarly situated, | CASE NO. C08-00732 CW |
|---|---|
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANT AMERICAN AIRLINES, INC.** |
| vs. | |
| AMERICAN AIRLINES, INC., and DOES 1 through 20, inclusive, | Fed. R. Civ. Pro. 9(b) & 12(b)(6) |
| Defendants. | Date: July 10, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor |

       PLEASE TAKE NOTICE that on July 10, 2008, at 2:00 p.m. in the courtroom of the Honorable Claudia Wilken at the United States District Courthouse located at 1301 Clay Street, Oakland, California, defendant American Airlines, Inc. ("American"), will and hereby does move pursuant to Federal Rules of Civil Procedure 12(b)(6) to dismiss plaintiff's First Amended Class Action Complaint for False Imprisonment, Intentional Infliction of Emotional Distress,

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

601413.1                                                                C08-00732CW
NOTICE OF MOTION AND MOTION TO DISMISS

Negligence, Breach of Contract, Deceit/Fraud, Conversion, Civil Conspiracy, and RICO (the "FAC") for failure to state a claim upon which relief can be granted.

American makes this motion on the grounds that:

(1) Field preemption by the Federal Aviation Act of 1958 ("FAA") and its implementing Federal Aviation Regulations ("FARs"), which preempt the field of passenger health and safety onboard commercial aircraft;

(2) Express preemption under the Airline Deregulation Act ("ADA"), which prohibits states from "enact[ing] or enforc[ing] a law, regulation, or other provision having the force and effect of law related to a price, route, or service of an air carrier," 49 U.S.C. § 41713(b)(1);

(3) The FAC fails to state a claim upon which relief can be granted pursuant to California and Texas state law;

(4) Plaintiff's alleged deceit/fraud and civil conspiracy claims fails to meet the particularity requirements of Fed. R. Civ. P. 9(b); and

(5) Plaintiff's alleged RICO claim fails to state a claim upon which relief can be granted for failing to allege any "pattern of racketeering activity".

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, and (Proposed) Order filed herewith, and upon other such matters as may be presented to this Court.

DATED: June 5, 2008

COOPER, WHITE & COOPER LLP

By: _____
Jie-Ming Chou
Attorneys for Defendant American Airlines, Inc.

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

601413.1                    2                    C08-00732CW
NOTICE OF MOTION AND MOTION TO DISMISS