LOCKE LORD BISSELL & LIDDELL LLP
MICHAEL V. POWELL (TX SBN 16204400) (appearance *pro hac vice*)
 mpowell@lockelord.com
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Telephone: (214) 740-8520
Facsimile: (214) 756-8520

COOPER, WHITE & COOPER LLP
STEPHEN KAUS (SBN 57454)
 skaus@cwclaw.com
JIE-MING CHOU (SBN 211346)
 jchou@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:  (415) 433-1900
Facsimile:  (415) 433-5530

Attorneys for Defendant, American Airlines, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| KATHLEEN HANNI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC., and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. C08-00732 CW<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANT AMERICAN AIRLINES, INC.**<br><br>Fed. R. Civ. Pro. 12(b)(6)<br><br>Date: July 10, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor |

This matter came before the Court on July 10, 2008, before the Honorable Claudia Wilken, United States District Judge, presiding, on the Motion to Dismiss Plaintiff's First Amended Complaint filed by Defendant American Airlines, Inc. The Court has considered the moving papers, the arguments of counsel, and the record, and based thereon, GRANTS the Motion to Dismiss, with prejudice.

ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

601414.1                                                                                                    C08-00732CW
(PROPOSED) ORDER GRANTING MOTION TO DISMISS

1  IT IS HEREBY ORDERED that the Motion to Dismiss Plaintiff's First Amended
2  Complaint in its entirety, is GRANTED and is DISMISSED WITH PREJUDICE.
3  IT IS SO ORDERED.

5  Dated: _____, 2008

_____
The Honorable Claudia Wilken
United States District Judge

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

601414.1                    2                    C08-00732CW
(PROPOSED) ORDER GRANTING MOTION TO DISMISS