PAUL S. HUDSON (pro hoc vice)
LAW OFFICES OF PAUL S. HUDSON P.C.
4411 Bee Ridge Road #274
Sarasota, Florida 34233
Telephone: 410-940-8934  941-349-1947
Facsimile: 240-391-1923
pshudson@yahoo.com

DAVID G. RAMOS (Bar No. 116456)
LAW OFFICES OF DAVID G. RAMOS
3266 Villa Lane
Napa, California 94558
Telephone: 707-255-1700
Facsimile: 707-255-3660

Attorneys for Plaintiff KATHLEEN HANNI,
Individually and on behalf of all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

KATHLEEN HANNI, individually and on behalf of all others similarly situated,

Plaintiff,

v.

AMERICAN AIRLINES, INC.; and DOES 1 through 20, inclusive,

Defendants.

No.   C08-00732 CW

DECLARATION OF PAUL S. HUDSON IN OPPOSITION TO MOTION TO MOTION TO DISMISS FIRST AMENDED COMPLAINT

I, Paul S. Hudson, hereby declares:

1. I am an attorney for plaintiff in the subject action and make this declaration in opposition to a motion to dismiss the plaintiff's First Amended Complaint. I have personal knowledge of the matters set forth in this declaration, except for those facts that are alleged on information and belief, and as to those facts, I believe them to be true. I could and would testify competently thereto if called as a witness.

2. On June 17th, 2008, I advised Defendant's counsel Michael Powell (pro hac vice), Stephen Kaus and Jie-Ming Chou that their motion to dismiss the First Amended

Complaint contained an impermissible motion for reconsideration without leave of the court and was in violation of Local Rule 7-9, and requested that they withdraw their motion and file an answer. On the same day I received an email from Attorney Powell declining to withdraw their motion and stating that they did not believe they were in violation of the Local Rule. A copy of this email is affixed hereto as Exhibit A.

3. The Plaintiff has been in touch with various persons with knowledge of Defendant's operations and intends to show in discovery that the Defendant AA operations and other personnel perpetrated a scheme to deceive and defraud Plaintiff and others similarly situated with false statements for theirs and Defendant's pecuniary gain at the expense of its diverted and confined passengers on December 29th, 2006, and that such scheme represented a pattern of misconduct and fraud used by Defendant when faced with weather emergencies or other conditions requiring diversions of aircraft and excessive delays.

4. On or about April 18th, 2008, in a telephone conference with Defendant Attorneys Michael Powell, Stephen Kaus, and Jie-Ming Chou, myself and David Ramos as attorneys for Plaintiff, I requested that Rule 26 a I disclosures commence but attorneys for Defendants declined.

5. I have good cause to believe that on December 29th, 2006 there was no FAA Air Traffic Control orders or involvement or responsibility for the confinement of Plaintiff and others similarly situated for 3 to 10 hours or more on the ground. The basis for this belief is that on April 17th, 2008, at an DOT Aviation Consumer Forum held in Miami, Florida I questioned Douglas Molin, FAA Director of Tactical Operations, Eastern Area on the involvement and roll of FAA in lengthy tarmac confinements at a public forum, and he stated that there is normally no involvement and these are matters of decision by the airlines. Also I was advised yesterday that Plaintiff had the same conversation with Bob Everson, FAA Director of Operations for Great Lakes Area, on or about June 17th, 2008 and he gave the same answers.

DECLARATION OF KATHLEEN HANNI IN SUPPORT OF
MOTION TO REMAND                                2

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on June 19, 2008, in Sarasota, Florida.

*Paul S. Hudson* (signature)

Paul S. Hudson

MSN Hotmail - Message

Page 1 of 1

globetrotter1947@hotmail.com

**From:** Powell, Michael V. <mpowell@lockelord.com>
**Sent:** Tuesday, June 17, 2008 2:44 PM
**To:** "Globe Trotter" <globetrotter1947@hotmail.com>, <skaus@cwclaw.com>, <jchou@cwclaw.com>
**CC:** <barram@i-cafe.net>, "Treni, Pamela R." <ptreni@lockelord.com>
**Subject:** RE: Hanni v AA

Paul, none of us thinks we are in violation of the local rules. We have moved to dismiss your amended complaint. American Airlines will not withdraw its motion to dismiss. You should respond to it on the merits in accordance with the briefing schedule the Court set. Mike Powell.

Michael V. Powell | Partner | Locke Lord Bissell & Liddell LLP | 2200 Ross Avenue, Suite 2200 | Dallas, Texas 75201-6776 | tel: 214.740.8520 | cell: 214.207.5498 | direct fax: 214.756.8520 | email: mpowell@lockelord.com

website: www.lockelord.com

IMPORTANT/CONFIDENTIAL: This message from the law firm of Locke Lord Bissell & Liddell LLP is intended only for the use of the addressees shown above. It contains information that may be privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are hereby notified that the copying, use, or distribution of any information or materials transmitted in or with this message is strictly prohibited. If you received this message in error, please immediately call us collect at 214.740.8000 and destroy the message. Thank you.

-----Original Message-----
From: Globe Trotter [mailto:globetrotter1947@hotmail.com]
Sent: Tuesday, June 17, 2008 8:43 AM
To: Powell, Michael V.; skaus@cwclaw.com; jchou@cwclaw.com
Cc: barram@i-cafe.net
Subject: Hanni v AA

Please see attached letter.