1  LOCKE LORD BISSELL & LIDDELL LLP
   MICHAEL V. POWELL (TX SBN 16204400) (appearance *pro hac vice*)
2   mpowell@lockelord.com
   2200 Ross Avenue, Suite 2200
3  Dallas, Texas  75201-6776
   Telephone:  (214) 740-8520
4  Facsimile:  (214) 756-8520

5  COOPER, WHITE & COOPER LLP
   STEPHEN KAUS (SBN 57454)
6   skaus@cwclaw.com
   JIE-MING CHOU (SBN 211346)
7   jchou@cwclaw.com
   201 California Street, 17th Floor
8  San Francisco, California  94111
   Telephone:     (415) 433-1900
9  Facsimile:     (415) 433-5530

10 Attorneys for Defendant, American Airlines, Inc.

11

12                    UNITED STATES DISTRICT COURT

13           NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

14

| 15 | KATHLEEN HANNI, individually and on behalf of all others similarly situated, | CASE NO. C08-00732 CW |
|---|---|---|
| 16 | Plaintiff, | **STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| 17 | vs. | **Local Rule 6-2** |
| 18 | AMERICAN AIRLINES, INC., and DOES 1 through 20, inclusive, | Date: July 10, 2008 |
| 19 | | Time: 2:00 p.m. |
| 20 | Defendants. | Courtroom: 2, 4th Floor |
| 21 | | |

22      Plaintiff Kathleen Hanni ("Hanni") and Defendant American Airlines, Inc. ("American"),

23 pursuant to Local Rules 6.2 hereby stipulate and request the Court to continue the case

24 management conference currently set for July 10, 2008 at 2 p.m.

25      1.      Whereas, American has filed a Motion to Dismiss Hanni's First Amended

26 Complaint ("Motion") and the hearing on the Motion is also set for July 10 2008 at 2 p.m.

27      2.      Whereas, the case is not yet at issue and the Court's ruling on the Motion will

28 impact the factual and legal issues in this case as well as the parties' disclosure requirements.  As

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

601414.2                                                                C08-00732CW
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

such, the parties cannot adequately ascertain their obligations and strategy until the Court has ruled on the Motion and the case becomes at issue.

3. Hanni and American therefore request that the Court continue the initial case management conference until thirty or forty-five days after the case is at issue, i.e. American files an answer to Hanni's complaint.

4. No previous requests to continue the initial case management conference has been requested by the parties and the continuance will not have any effect on any other court dates.

DATED: July 3, 2008                     COOPER, WHITE & COOPER LLP

By: _____
Jie-Ming Chou
Attorneys for DEFENDANT AMERICAN AIRLINES, INC.

DATED: July 3, 2008                     LAW OFFICES OF DAVID G. RAMOS

By: _____
David Ramos
Attorneys for PLAINTIFF KATHLEEN HANNI

### ORDER

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

Dated: _____, 2008

_____
The Honorable Claudia Wilken
United States District Judge

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

601414.2                                2                                C08-00732CW
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE