1  LOCKE LORD BISSELL & LIDDELL LLP
   MICHAEL V. POWELL (TX SBN 16204400) (appearance *pro hac vice*)
2    mpowell@lockelord.com
   2200 Ross Avenue, Suite 2200
3  Dallas, Texas  75201-6776
   Telephone:  (214) 740-8520
4  Facsimile:  (214) 756-8520

5  COOPER, WHITE & COOPER LLP
   STEPHEN KAUS (SBN 57454)
6    skaus@cwclaw.com
   JIE-MING CHOU (SBN 211346)
7    jchou@cwclaw.com
   201 California Street, 17th Floor
8  San Francisco, California  94111
   Telephone:    (415) 433-1900
9  Facsimile:    (415) 433-5530

10  Attorneys for Defendant, American Airlines, Inc.

11

12              UNITED STATES DISTRICT COURT

13      NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

14

15  KATHLEEN HANNI, individually and on       CASE NO. C08-00732 CW
    behalf of all others similarly situated,   ORDER GRANTING
16                                            **STIPULATED REQUEST TO CONTINUE**
                  Plaintiff,                  **CASE MANAGEMENT CONFERENCE**
17
        vs.                                   **Local Rule 6-2**
18
    AMERICAN AIRLINES, INC., and DOES 1       Date:  July 10, 2008
19  through 20, inclusive,                    Time:  2:00 p.m.
                                              Courtroom: 2, 4th Floor
20                Defendants.

21

22          Plaintiff Kathleen Hanni ("Hanni") and Defendant American Airlines, Inc. ("American"),

23  pursuant to Local Rules  6.2 hereby stipulate and request the Court to continue the case

24  management conference currently set for July 10, 2008 at 2 p.m.

25          1.      Whereas, American has filed a Motion to Dismiss Hanni's First Amended

26  Complaint ("Motion") and the hearing on the Motion is also set for July 10 2008 at 2 p.m.

27          2.      Whereas, the case is not yet at issue and the Court's ruling on the Motion will

28  impact the factual and legal issues in this case as well as the parties' disclosure requirements. As

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

601414.2                                                                    C08-00732CW
              STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

1   such, the parties cannot adequately ascertain their obligations and strategy until the Court has

2   ruled on the Motion and the case becomes at issue.

3       3.      Hanni and American therefore request that the Court continue the initial case

4   management conference until thirty or forty-five days after the case is at issue, i.e. American files

5   an answer to Hanni's complaint.

6       4.      No previous requests to continue the initial case management conference has been

7   requested by the parties and the continuance will not have any effect on any other court dates.

8   DATED: July 3, 2008                    COOPER, WHITE & COOPER LLP

9

10                                          By: _____

11                                          Jie-Ming Chou
                                            Attorneys for DEFENDANT AMERICAN
                                            AIRLINES, INC.
12

13  DATED: July 3, 2008                    LAW OFFICES OF DAVID G. RAMOS

14

15                                          By: _____

16                                          David Ramos
                                            Attorneys for PLAINTIFF KATHLEEN
                                            HANNI
17

18                                    **ORDER**

19          PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.
        The CMC is continued to 9/18/08 at 2:00 p.m.
20

21  Dated: _____7/7_____, 2008

22

23

24                                          _____
                                            The Honorable Claudia Wilken
                                            United States District Judge
25

26

27

28

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

601414.2                                    2                                    C08-00732CW
            STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE