IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNI,<br><br>       Plaintiff,<br><br>  v.<br><br>AMERICAN AIRLINES, INC.,<br><br>       Defendant.<br>_____ / | No. C 08-00732 CW<br><br>CLERK'S NOTICE TAKING MOTION UNDER SUBMISSION |

    Notice is hereby given that the Court, on its own motion, shall take Defendant American Airlines' motion to Dismiss Plaintiff's First Amended Complaint (FRCP 12(b)(6)) under submission on the papers.  The hearing previously scheduled for July 10, 2008, is vacated.

Dated:    7/7/08

*Sheilah Cahill*
_____
SHEILAH CAHILL
Deputy Clerk