1  PAUL S. HUDSON (admitted pro hoc vice)
   LAW OFFICES OF PAUL S. HUDSON P.C.
2  4411 Bee Ridge Road #274
   globetrotter1947@hotmail.com
3  Sarasota, Florida 34233
   Telephone: 410-940-8934
4  Facsimile: 240-391-1923

5  DAVID G. RAMOS (Bar No. 116456)
   LAW OFFICES OF DAVID G. RAMOS
6  barram@i-cafe.net
   3266 Villa Lane
7  Napa, California 94558
   Telephone: 707-255-1700
8  Facsimile: 707-255-3660

9  Attorneys for Plaintiff KATHLEEN HANNI.
   Individually and on behalf of all others similarly situated

10

11

12

UNITED STATES DISTRICT COURT

13

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

14

15

| | |
|---|---|
| 16  KATHLEEN HANNI, individually and on behalf of all others similarly situated, | No.   C08-00732 CW |
| 17          Plaintiff, | **CORRECTED TABLE OF AUTHORITIES TO PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| 18  v. | |
| 19  1AMERICAN AIRLINES, INC.; and DOES 1 through 20, inclusive, | |
| 20          Defendants. | Date: July 10, 2008
Time: 2:00 p.m.
Courtroom: 2, 4th Floor |

21

22

23

24

25

26

27

28

# TABLE OF AUTHORITIES

**CASES**                                                                                                                                           **PAGE**

*Air Transport Association of America, Inc. v. Cuomo*, 520 F.3d 218
(2nd Cir. 2008) ..........…………………………………………………8

*American Airlines v. Wolens*, 513 U.S. 219  (1995).......…………………………......4

*American General Corp. v. Continental Airlines,* 622 A.2d 1 (Del.Ch. 1992)..............5

*Beach Aircraft Corp v. US***,** 51 F.3d 834  (9th Cir. 1995)............................................12

*Burlesci v. Petersen,* 68 Cal.App. 4th 1062 (1998).........................................................13

*Campbell v. Keystone Aerial Survey's Inc.,* 138 F.3d 996 (5h Cur,TX 1998).............12

*Continental Holdings v. Leahy,* 132 SW.3d 441 (TX App. Eastland 2003).................5

*Daniel v. Virgin Atl. Airways,* 59 F.Supp. 2d 986 (ND CA 1998)..............................5

*Enterprise Leasing Corp. v. Shugart Corp.,* 231 Cal.App. 4th 3d 737.........................13

*Hailey v. Cal. Physicians Serv.,* 158 Cal.App. 4th 452 (2007).....................................10

*Harpalani v. Air India,* 622 F.Supp. 69 (ND I11.1985)..................................................5

*Hydrick v. Hunter,* 500 F.3d  978 (9th Cir.2007)...........................................................3

*In re Air Crash at John F. Kennedy Intern. Airport on June 24, 1975,*
635  F.2d 67 (2nd Cir. 1980)...... ..................................................................................8

*Management Activities Inc. v. US,* 21 F.Supp.2d 1157 (CDCA1995)........................12

*Minidoka Irrigation District v. Dept. Of Interior,*406 F.3d567 (9th Cir.2005)............3

*Montalvo v. Spirit  Airlines*, 508 F.3d 464 (9th Cir. 2007)……………………………..11

*MRO v. AT&T, 205* F.3d 1351 (9th Cir.2007)............................................................4

*Murdoch v. Castro,* 489 F.3d 1063 (9th Cir.2007).......................................................2

*Simmons v. F.W. Woolworth, Co.,* 163 Cal.App.2d 709  (1958)................................11

*United States v. Alexander,* 106 F.3d 874 (9th Cir.1997).............................................3

*Valve Corp. v. Sierra Entertainment Inc.,* 431 F. Supp. 1091 (WD Wash. 2004).......5

**CONSTITUTION**

U.S. Const. Fourth Amendment……………………………………………...9,11

| | |
|---|---|
| 1 | **STATUTES & RULES** |
| 2 | 49 U.S.C. Sec. 41713(b)(1)……………………………………………………………12 |
| 3 | Fed Rule of Civil Procedure 8, 8(d)..................................................................................7 |
| 4 | Fed Rule of Civil Procedure 9(b).....................................................................................7 |
| 5 | Fed Rule of Civil Procedure 26(a) (i)..............................................................................7 |
| 6 | 14 C.F.R. Sec. 121.533(d)……………………………....……………………………….8 |
| 7 | 14 C.F.R. Sec.91.3.............................................................................................................8 |
| 8 | 14 C.F.R. Sec. 91.13(a)…………………………………………………………………12 |
| 9 | 14 C.F.R. Sec. 254.4……………………………………………………………………12 |
| 10 | Local Rule 7-9......................................................……………………….............1, 2, 3, 4, 14 |
| 11 | |
| 12 | OTHER |
| 13 | 22 Am Jur. 2d Damages, Sec.41 (2004)............................................................5 |
| 14 | Montreal Convention of 1999........................................................................................5, 13 |
| 15 | Restatement Torts 2nd 41-59..............................................................................................9 |
| 16 | Restatement Torts 2nd 300, 314A..................................................................................8, 11 |
| 17 | Restatement Torts 2nd 46 et seq......................................................................................11 |
| 18 | Restatement Torts 2nd 222A et seq..................................................................................13 |