```
 1  PAUL S. HUDSON (admitted pro hoc vice)
    LAW OFFICES OF PAUL S. HUDSON P.C.
 2  4411 Bee Ridge Road #274
    globetrotter1947@hotmail.com
 3  Sarasota, Florida 34233
    Telephone: 410-940-8934
 4  Facsimile: 240-391-1923

 5  DAVID G. RAMOS (Bar No. 116456)
    LAW OFFICES OF DAVID G. RAMOS
 6  barram@i-cafe.net
    3266 Villa Lane
 7  Napa, California 94558
    Telephone: 707-255-1700
 8  Facsimile: 707-255-3660

 9  Attorneys for Plaintiff KATHLEEN HANNI.
    Individually and on behalf of all others similarly situated
10
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| KATHLEEN HANNI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.; and DOES 1 through 20, inclusive,<br><br>Defendants. | No.   C08-00732 CW<br><br>**STIPULATED REQUEST TO CONTINUE TIME TO FILE AMENDED COMPLAINT; ORDER THEREON**<br><br>**Local Rule 6-1** |

Plaintiff Kathleen Hanni ("Hanni") and Defendant American Airlines, Inc. ("American"), pursuant to Local Rule 6-1 hereby stipulate and request the Court to extend the time for plaintiff to file an amended complaint by ten days.

1. Whereas, the Court issued its Order Granting Defendant's Motion to Dismiss In Part and Denying It In Part ("Order") without hearing on July 11, 2008.

2. Whereas, the Order required Plaintiff to file an amended complaint within ten days.

3. Whereas, plaintiff counsel Paul Hudson had a previously scheduled week long commitment in the matter styled In re 911 Terrorist Litigation.

4. Hanni and American therefore request that the Court extend the time for plaintiff to file an amended complaint by ten days with the amended complaint due to be filed no later than July 31, 2008.

5. No previous request to continue the filing of the amended complaint has been requested by the parties and the continuance will not have any effect on any other court dates.

Dated: July 17, 2008        LAW OFFICES OF DAVID G. RAMOS

By: _____
David G. Ramos
Attorneys for PLAINTIFF KATHLEEN HANNI

Dated: July 17, 2008        COOPER, WHITE & COOPER LLP

By: _____
Jie Ming Chou
Attorneys for DEFENDANT AMERICAN AIRLINES, INC.

**ORDER**

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

Dated: _____, 2008

_____
The Honorable Claudia Wilken
United States District Judge