1  PAUL S. HUDSON (admitted pro hoc vice)
   LAW OFFICES OF PAUL S. HUDSON P.C.
2  4411 Bee Ridge Road #274
   globetrotter1947@hotmail.com
3  Sarasota, Florida 34233
   Telephone: 410-940-8934
4  Facsimile: 240-391-1923

5  DAVID G. RAMOS (Bar No. 116456)
   LAW OFFICES OF DAVID G. RAMOS
6  barram@i-cafe.net
   3266 Villa Lane
7  Napa, California 94558
   Telephone: 707-255-1700
8  Facsimile: 707-255-3660

9  Attorneys for Plaintiff KATHLEEN HANNI.
   Individually and on behalf of all others similarly situated

10

11

12                          UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

14

15
    KATHLEEN HANNI, individually and on  )   No.          C08-00732 CW
16  behalf of all others similarly situated,  )
                                           )
17            Plaintiff,                    )   **STIPULATED REQUEST TO CONTINUE**
                                           )   **TIME TO FILE AMENDED COMPLAINT;**
18  v.                                      )   **ORDER THEREON**
                                           )
19  AMERICAN AIRLINES, INC.; and DOES  )   **Local Rule 6-1**
    1 through 20, inclusive,               )
20                                          )
              Defendants.                   )
21                                          )
                                           )
22  _____  )

23            Plaintiff Kathleen Hanni ("Hanni") and Defendant American Airlines, Inc.

24  ("American"), pursuant to Local Rule 6-1 hereby stipulate and request the Court to extend

25  the time for plaintiff to file an amended complaint by ten days.

26            1. Whereas, the Court issued its Order Granting Defendant's Motion to Dismiss

27  In Part and Denying It In Part ("Order") without hearing on July 11, 2008.

28

1    2.  Whereas, the Order required Plaintiff to file an amended complaint within

2    ten days.

3    3.  Whereas, plaintiff counsel Paul Hudson had a previously scheduled week

4    long commitment in the matter styled In re 911 Terrorist Litigation.

5    4.  Hanni and American therefore request that the Court extend the time for

6    plaintiff to file an amended complaint by ten days with the amended complaint due to be filed

7    no later than July 31, 2008.

8    5.  No previous request to continue the filing of the amended complaint has

9    been requested by the parties and the continuance will not have any effect on any other court

10   dates.

11   Dated: July 17, 2008            LAW OFFICES OF DAVID G. RAMOS

12

13   B                           y                    :
_____/s/_____
14                               David G. Ramos
                                Attorneys for PLAINTIFF KATHLEEN HANNI
15

16
     Dated: July 17, 2008            COOPER, WHITE & COOPER LLP
17

18   B                           y                    :
_____/s/_____
19                               Jie-Ming Chou
20                               Attorneys for DEFENDANT AMERICAN
                                 AIRLINES, INC.
21

22                               **ORDER**

23       PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

24       7/29
     Dated:_____, 2008
25

26   _Claudia Wilken_

27   _____

28                               The Honorable Claudia Wilken
                                 United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28