PAUL S. HUDSON (pro hac vice)
LAW OFFICES OF PAUL S. HUDSON, P.C.
4411 Bee Ridge Road #274
Sarasota, Florida 34233
Telephone: 410-940-8934
Facsimile: 240-391-1923

DAVID G. RAMOS (Bar No. 116456)
LAW OFFICES OF DAVID G. RAMOS
3266 Villa Lane
Napa, California 94558
Telephone: 707-255-1700
Facsimile: 707-255-3660

Attorneys for Plaintiff KATHLEEN HANNI,
Individually and on behalf of all others similarly situated

FILED
AUG - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

*[handwritten margin notes: "Fee Pd.", "No Pkt Given"]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

---

Kathleen Hanni, individually and
on behalf of herself and all others
similarly situated,

                Plaintiff,

-vs-

American Airlines, Inc., and Does "1" through "20" inclusive,

                Defendants.

No. C 08-00732 CW

**NOTICE OF APPEAL**

---

Notice is hereby given that Kathleen Hanni, on behalf of herself and all others similarly situated, in the above named action hereby appeals to the United States Court of Appeals for the Ninth Circuit from an order entered July 11th, 2008, granting in part and denying

in part a motion of Defendant American Airlines, Inc. to dismiss the Complaint in this action.

Dated: August 7, 2008

_/s/ Paul Hudson_
Paul S. Hudson, Esq.
David Ramos, Esq.

3266 Villa Lane
Napa, California 94558
Telephone: 707-255-1700
Email: barram@i-cafe.net

Paul S. Hudson Esq.
(pro hac vice)
4411 Bee Ridge Road #274
Sarasota, Florida 34233
410-940-8934
240-391-1923 fax
Globetrotter1947@hotmail.com

Attorneys for Plaintiff