UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

August 11, 2008

**CASE INFORMATION:**
Short Case Title: Hanni -v- American Airlines, Inc.
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: No. CA, Oakland; Claudia Wilken
Criminal and/or Civil Case No.: CV 08-00732 CW
Date Complaint/Indictment/Petition Filed: 1/31/08
Date Appealed order/judgment *entered* 7/11/08
Date NOA *filed* 8/8/08
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):  ☐ granted in full (attach order)    ☐ denied in full (send record)
                         ☐ granted in part (attach order)    ☐ pending

Court Reporter(s) Name & Phone Number: Starr Wilson

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 8/8/08            Date Docket Fee Billed:
Date FP granted:                        Date FP denied:
Is FP pending? ☐ yes  ☐ no                              Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                      Appellee Counsel:

        ***See attached***


☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                            Address:
Custody:
Bail:


**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                 9th Circuit Docket Number:


Name & Phone Number of Person Completing this Form: Clara Pierce
                                                    510-637-3530

C-08-732-CW Hanni v. American Airlines

**Appellate Counsel**:

**Paul S. Hudson**
Law Offices of Paul S. Hudson P.C.
4411 Bee Ridge Road, #274
Sarasota , FL 34233
410-940-8934

**David Gregory Ramos**
Law Offices of David G. Ramos
3266 Villa Lane
Napa , CA 94558
707-255-1700

**Appellee Counsel:**

**Jie-Ming Chou**

**Stephen D. Kaus**
Cooper White & Cooper LLP
201 California Street, 17th Floor
San Francisco , CA 94111
415-433-1900

**Michael Vance Powell**
Locke Lord Bissell & Liddell LLP
2200 Ross Avenue
Suite 2200
Dallas , TX 75201-6776
214-740-8520