IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN HANNI, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN AIRLINES, INC.,<br><br>    Defendant.<br>_____/ | No. C 08-732 CW<br><br>ORDER CONCERNING PLAINTIFF'S NOTICE OF APPEAL |

    Plaintiff Kathleen Hanni has filed a notice of her appeal of the Court's order of July 11, 2008 dismissing some of her claims. The Court clarifies that no final judgment has been entered in this action, nor has partial judgment been entered pursuant to Rule 54 of the Federal Rules of Civil Procedure. Plaintiff's claims have not all been adjudicated and the Court retains jurisdiction over this case to proceed with them.

Dated: 8/12/08

                                           CLAUDIA WILKEN
                                           United States District Judge