PAUL S. HUDSON (admitted pro hoc vice)
LAW OFFICES OF PAUL S. HUDSON P.C.
4411 Bee Ridge Road #274
globetrotter1947@hotmail.com
Sarasota, Florida 34233
Telephone: 410-940-8934
Facsimile: 240-391-1923

DAVID G. RAMOS (Bar No. 116456)
LAW OFFICES OF DAVID G. RAMOS
barram@i-cafe.net
3266 Villa Lane
Napa, California 94558
Telephone: 707-255-1700
Facsimile: 707-255-3660

Attorneys for Plaintiff KATHLEEN HANNI
Individually and on behalf of all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| KATHLEEN HANNI, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN AIRLINES, INC.; and DOES 1 through 20, inclusive, <br><br> Defendants. | No. C08-00732 CW <br><br> **STIPULATION TO FILE AMENDED COMPLAINT; ORDER THEREON** |

Plaintiff Kathleen Hanni ("Hanni") and Defendant American Airlines, Inc. ("American"), hereby stipulate and request the Court to grant plaintiff leave to file an amended complaint on the terms set forth herein.

1. Whereas, plaintiff filed a Second Amended Class Action Complaint in the above entitled action on July 31, 2008.

2. Whereas, Hanni and American have met and conferred regarding the content of the Second Amended Class Action Complaint and Hanni has agreed to modify the complaint.

3. Whereas, the parties seek to avoid further law and motion practice.

THEREFORE, Hanni and American, through their respective counsel of record, hereby stipulates as follows:

Hanni shall have leave to file a third amended complaint on or before August 13, 2008. The third amended complaint may include as plaintiffs Timothy T. Hanni, Chase L. Costello and Landen T. Hanni. American shall have until September 12, 2008 to respond to the third amended complaint.

Dated: August 12, 2008

LAW OFFICES OF DAVID G. RAMOS

By: _____
David G. Ramos
Attorneys for PLAINTIFF KATHLEEN HANNI

Dated: August 12, 2008

COOPER, WHITE & COOPER LLP

By: _____
Jie-Ming Chou
Attorneys for DEFENDANT AMERICAN AIRLINES, INC.

**ORDER**

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

Dated:_____, 2008

The Honorable Claudia Wilken
United States District Judge

STIPULATION TO AMEND COMPLAINT; ORDER THEREON
C08-00732CW

2