PAUL S. HUDSON (pro hac vice)
LAW OFFICES OF PAUL S. HUDSON, P.C.
4411 Bee Ridge Road #274
Sarasota, Florida 34233
Telephone: 410-940-8934
Facsimile: 240-391-1923

DAVID G. RAMOS (Bar No. 116456)
LAW OFFICES OF DAVID G. RAMOS
3266 Villa Lane
Napa, California 94558
Telephone: 707-255-1700
Facsimile: 707-255-3660

Attorneys for Plaintiff KATHLEEN HANNI,
Individually and on behalf of all others similarly situated

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION



---

Kathleen Hanni, individually and
on behalf of herself and all others
similarly situated,

          Plaintiff,

-vs-

American Airlines, Inc., and Does "1" through
"20" inclusive,
          Defendants.

No. C 08-00732 CW

**CORRECTED NOTICE OF APPEAL**

---

Notice is hereby given that Kathleen Hanni, on behalf of herself and all others similarly situated, in the above named action hereby appeals to the United States Court of Appeals for the Ninth Circuit from an order entered July 11th, 2008, granting in part and denying

in part a motion of Defendant American Airlines, Inc. to dismiss the Complaint in this action, from the parts of such Order dismissing with prejudice the causes of action in the First Amended Complaint for False Imprisonment, Intentional Infliction of Emotional Distress, and Fraud, and the dismissal of parts of the causes of action for Negligence and Breach of Contract with prejudice or without leave to replead.

Originally dated August 7, 2008
Filed August 8, 2008
Corrected August 13, 2008

*[signature]*
Paul S. Hudson, Esq.
David Ramos, Esq.

3266 Villa Lane
Napa, California 94558
Telephone: 707-255-1700
Email: barram@i-cafe.net

Paul S. Hudson Esq.
(pro hac vice)
4411 Bee Ridge Road #274
Sarasota, Florida 34233
410-940-8934
240-391-1923 fax
Globetrotter1947@hotmail.com

Attorneys for Plaintiff