RECEIVED
AUG 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

August 11, 2008

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
AUG 1 2 2008
FILED_____
DOCKETED_____
DATE    INITIAL

08-16801

## CASE INFORMATION:

Short Case Title: Hanni -v- American Airlines, Inc.
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: No. CA, Oakland; Claudia Wilken
Criminal and/or Civil Case No.: CV 08-00732 CW
Date Complaint/Indictment/Petition Filed: 1/31/08
Date Appealed order/judgment *entered* 7/11/08
Date NOA *filed* 8/8/08
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):    ☐ granted in full (attach order)    ☐ denied in full (send record)
                           ☐ granted in part (attach order)    ☐ pending

Court Reporter(s) Name & Phone Number: Starr Wilson

*Magistrate Judge's Order? If so, please attach.*

### FEE INFORMATION
Date Docket Fee Paid: 8/8/08           Date Docket Fee Billed:
Date FP granted:                       Date FP denied:
Is FP pending? ☐ yes ☐ no              Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list:

*Please attach copy of any order granting, denying or revoking FP.*

### COUNSEL INFORMATION (Please include email address)
Appellate Counsel:                     Appellee Counsel:

***See attached***

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other   *Please attach appointment order.*

### DEFENDANT INFORMATION
Prisoner ID:                           Address:
Custody:
Bail:

### AMENDED NOTIFICATION INFORMATION
Date Fees Paid:                        9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Clara Pierce
510-637-3530

C-08-732-CW Hanni v. American Airlines

**Appellate Counsel**:

**Paul S. Hudson**
Law Offices of Paul S. Hudson P.C.
4411 Bee Ridge Road, #274
Sarasota , FL 34233
410-940-8934

**David Gregory Ramos**
Law Offices of David G. Ramos
3266 Villa Lane
Napa , CA 94558
707-255-1700

**Appellee Counsel:**

**Jie-Ming Chou**

**Stephen D. Kaus**
Cooper White & Cooper LLP
201 California Street, 17th Floor
San Francisco , CA 94111
415-433-1900

**Michael Vance Powell**
Locke Lord Bissell & Liddell LLP
2200 Ross Avenue
Suite 2200
Dallas , TX 75201-6776
214-740-8520