```
 1  LOCKE LORD BISSELL & LIDDELL LLP
    MICHAEL V. POWELL (TX SBN 16204400) (appearance pro hac vice)
 2    mpowell@lockelord.com
    2200 Ross Avenue, Suite 2200
 3  Dallas, Texas 75201-6776
    Telephone: (214) 740-8520
 4  Facsimile: (214) 756-8520

 5  COOPER, WHITE & COOPER LLP
    STEPHEN KAUS (SBN 57454)
 6    skaus@cwclaw.com
    JIE-MING CHOU (SBN 211346)
 7    jchou@cwclaw.com
    201 California Street, 17th Floor
 8  San Francisco, California 94111
    Telephone:   (415) 433-1900
 9  Facsimile:   (415) 433-5530

10  Attorneys for Defendant, American Airlines, Inc.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| KATHLEEN HANNI, individually and on behalf of all others similarly situated, TIMOTHY T. HANNI, CHASE L. COSTELLO, and LANDEN T. HANNI, a minor, by and through his parent and Natural Guardian, Kathleen Hanni<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC., and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. C08-00732 CW<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**Local Rule 6-2**<br><br>Date: September 18, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor |

Plaintiff Kathleen Hanni ("Hanni") and Defendant American Airlines, Inc. ("American"), pursuant to Local Rules 6.2 hereby stipulate and request the Court to continue the case management conference currently set for September 18, 2008 at 2 p.m.

1.  Whereas, American is planning to file a Motion to Dismiss Hanni's Third Amended Complaint ("Motion") and to set the hearing on the Motion for October 16, 2008 at 2 p.m.

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

605774.1

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE        C08-00732CW

2. Whereas, the case is not yet at issue and the Court's ruling on the Motion will impact the factual and legal issues in this case as well as the parties' disclosure requirements. As such, the parties cannot adequately ascertain their obligations and strategy until the Court has ruled on the Motion and the case becomes at issue.

3. Hanni and American therefore request that the Court continue the initial case management conference until November 18, 2008.

4. The Court has granted one previous stipulated request by the parties to continue the initial case management conference, but the continuance will not have any effect on any other court dates.

DATED: August 29, 2008  COOPER, WHITE & COOPER LLP

By: _____
Jie-Ming Chou
Attorneys for DEFENDANT AMERICAN AIRLINES, INC.

DATED: August 25, 2008  LAW OFFICES OF DAVID G. RAMOS

By: _____
David Ramos
Attorneys for PLAINTIFF KATHLEEN HANNI

### ORDER

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

Dated: _____, 2008

_____
The Honorable Claudia Wilken
United States District Judge

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

605774.1

2

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE   C08-00732CW

## PROOF OF SERVICE

I am a resident of the State of California. I am over the age of eighteen years, and not a party to this action. My business address is 201 California Street, Seventeenth Floor, San Francisco, California 94111-5002.

On September 2, 2008, I served the following document(s):

**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

on each of the parties listed below at the following addresses:

Law Offices of Paul S. Hudson P.C.  
4411 Bee Ridge Road #274  
Sarasota, Florida 34233  

David G. Ramos, Esq.  
Law Offices of David G. Ramos  
3266 Villa Lane  
Napa, California 94558  

**BY FIRST CLASS MAIL:** I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On the date specified above, as to each of the parties identified in the above service list, a true copy of the above-referenced document(s) were placed for deposit in the United States Postal Service in a sealed envelope, with postage fully prepaid; and on that same date that envelope was placed for collection in the firm's daily mail processing center, located at San Francisco, California following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 2, 2008, at San Francisco, California.

_____  
Gina R. Rivera