FILED

SEP 03 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KATHLEEN HANNI, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff - Appellant,<br><br>　v.<br><br>AMERICAN AIRLINES, INC.,<br><br>　　　　　　Defendant - Appellee. | No. 08-16801<br><br>D.C. No. 4:08-cv-00732-CW<br>Northern District of California, Oakland<br><br><br>ORDER |

　　　The district court's order challenged in this appeal did not dispose of the action as to all claims and all parties. Within 21 days after the date of this order, appellant shall move for voluntary dismissal of this appeal or show cause why it should not be dismissed for lack of jurisdiction. *See* Fed. R. Civ. P. 54(b); *Chacon v. Babcock*, 640 F.2d 221 (9th Cir. 1981). If appellant elects to show cause, a response may be filed within 8 days after service of the memorandum.

　　　If appellant does not comply with this order, the Clerk shall dismiss this appeal pursuant to Ninth Circuit Rule 42-1.

rb/MOATT

Briefing is suspended pending further order of the court.

FOR THE COURT:

Molly Dwyer
Clerk of the Court

By: Raejean M. Battin
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A