LOCKE LORD BISSELL & LIDDELL LLP
MICHAEL V. POWELL (TX SBN 16204400) (appearance *pro hac vice*)
  mpowell@lockelord.com
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Telephone: (214) 740-8520
Facsimile: (214) 756-8520

COOPER, WHITE & COOPER LLP
STEPHEN KAUS (SBN 57454)
  skaus@cwclaw.com
JIE-MING CHOU (SBN 211346)
  jchou@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:  (415) 433-1900
Facsimile:   (415) 433-5530

Attorneys for Defendant, American Airlines, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| KATHLEEN HANNI, individually and on behalf of all others similarly situated, TIMOTHY T. HANNI, CHASE L. COSTELLO, and LANDEN T. HANNI, a minor, by and through his parent and Natural Guardian, Kathleen Hanni<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC., and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. C08-00732 CW<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**Local Rule 6-2**<br><br>Date: November 18, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor |

Plaintiff Kathleen Hanni ("Hanni") and Defendant American Airlines, Inc. ("American"), pursuant to Local Rules 6.2 hereby stipulate and request the Court to continue the case management conference currently set for November 18, 2008 at 2 p.m.

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

609562.1

C08-00732CW
STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE

1. Whereas, Plaintiff filed a Motion to Continue the hearing on American's Motion to Dismiss Hanni's Third Amended Complaint ("Motion") to November 13, 2008 from the original hearing date of October 16, 2008, which the Court granted by order on October 7, 2008.

2. Whereas, given the new hearing date of November 13, 2008, the case is not and will not be at issue when the parties would be required to file their joint case management conference statement on November 11, 2008. Additionally, the Court's ruling on the Motion will impact the factual and legal issues in this case as well as the parties' disclosure requirements. The parties cannot therefore adequately ascertain their obligations and strategy until the Court has ruled on the Motion and the case becomes at issue.

3. Hanni and American therefore request that the Court continue the initial case management conference until January 6, 2009.

4. The Court has granted two previous stipulated request by the parties to continue the initial case management conference, but the continuance will not have any effect on any other court dates.

DATED: ~~October 31~~ Nov. 5, 2008        COOPER, WHITE & COOPER LLP

                                          By: _____
                                          Jie-Ming Chou
                                          Attorneys for DEFENDANT AMERICAN
                                          AIRLINES, INC.

DATED: ~~October 31~~ Nov. 5, 2008        LAW OFFICES OF DAVID G. RAMOS

                                          By: _____
                                          David Ramos
                                          Attorneys for PLAINTIFF KATHLEEN
                                          HANNI

///
///
///
///

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

609562.1

2                                                                         C08-00732CW
STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE

## ORDER

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

Dated: _____11/10_____, 2008

*/s/ Claudia Wilken*

The Honorable Claudia Wilken
United States District Judge

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

609562.1

3

C08-00732CW

STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE

**PROOF OF SERVICE**

I am a resident of the State of California. I am over the age of eighteen years, and not a party to this action. My business address is 201 California Street, Seventeenth Floor, San Francisco, California 94111-5002.

On November 6, 2008, I served the following document(s):

**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

on each of the parties listed below at the following addresses:

Law Offices of Paul S. Hudson P.C.  
4411 Bee Ridge Road #274  
Sarasota, Florida 34233

David G. Ramos, Esq.  
Law Offices of David G. Ramos  
3266 Villa Lane  
Napa, California 94558

**BY FIRST CLASS MAIL:** I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On the date specified above, as to each of the parties identified in the above service list, a true copy of the above-referenced document(s) were placed for deposit in the United States Postal Service in a sealed envelope, with postage fully prepaid; and on that same date that envelope was placed for collection in the firm's daily mail processing center, located at San Francisco, California following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 6, 2008, at San Francisco, California.

_____  
Gina R. Rivera

COOPER, WHITE  
& COOPER LLP  
ATTORNEYS AT LAW  
201 CALIFORNIA STREET  
SAN FRANCISCO, CA 94111

594988.1