LOCKE LORD BISSELL & LIDDELL LLP
MICHAEL V. POWELL (TX SBN 16204400) (appearance *pro hac vice*)
  mpowell@lockelord.com
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Telephone: (214) 740-8520
Facsimile: (214) 756-8520

COOPER, WHITE & COOPER LLP
STEPHEN KAUS (SBN 57454)
  skaus@cwclaw.com
JIE-MING CHOU (SBN 211346)
  jchou@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:  (415) 433-1900
Facsimile:  (415) 433-5530

Attorneys for DEFENDANT AMERICAN AIRLINES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| KATHLEEN HANNI, individually and on behalf of all others similarly situated, TIMOTHY T. HANNI, CHASE L. COSTELLO, and LANDEN T. HANNI, a minor, by and through his parent and Natural Guardian, Kathleen Hanni,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN AIRLINES, INC., and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. C 08-00732 CW (EDL)<br><br>~~STIPULATED REQUEST FOR~~ ORDER CHANGING TIME AS MODIFIED<br><br>**Local Rule 6-2** |

Pursuant to Civil Local Rule 6-2, Plaintiffs Kathleen Hanni, Timothy Hanni, Chase Costello, and Landen Hanni (collectively "Plaintiffs") and defendant American Airlines, Inc. ("American") hereby stipulate and request that the Court issue an order changing time ("Order") on American's Motion to Compel, filed with this Court on March 3, 2009, which has not yet been set by the Court for hearing. The parties request that American's Motion to Compel, along with

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

615489.1

C 08-00732 CW

STIPULATED REQUEST FOR ORDER CHANGING TIME

American's Motion for Sanctions and Plaintiffs' Motion to Compel and Motion for Protective Order (as detailed below) be heard by this Court on March 24, 2009 at 9:00 a.m.

1. Whereas, an order shortening time is necessary in this instance because the date by which the Court has ordered the parties to complete all class certification discovery is April 16, 2009. (*See* Case Management Order, Docket #110.) The parties wish to have their motions resolved with sufficient time before class certification discovery cutoff date for follow-up discovery if necessary.

2. Whereas, the parties request that the Court adopt the following shortened hearing and briefing schedule on American's Motion to Compel:

   a. March 13, 2009 – deadline for Plaintiffs to file opposition brief
   b. March 18, 2009 – deadline for American to file reply brief no later than 4:00 p.m.
   c. March 24, 2009 at 9:00 a.m. – hearing on American's Motion to Compel

3. Whereas, American will file its Motion for Sanctions pursuant to Local Rule 37-3 on March 11, 2009 and requests that its Motion for Sanctions be heard with its Motion to Compel. Plaintiffs also intend to file a Motion to Compel against American relating to their Request for Production of Documents and a Motion for a Protective Order on March 11, 2009 and request that Plaintiffs' Motion to Compel and Motion for a Protective Order be heard on the same day and time as American's Motion to Compel and Motion for Sanctions for the same reasons cited above. The parties therefore request that the Court adopt the following shortened hearing and briefing schedule on Plaintiffs' Motion to Compel and Motion for Protective Order and American's Motion for Sanctions:

   a. March 11, 2009 – Plaintiffs to file their Motion to Compel and Motion for a Protective Order and American to file its Motion for Sanctions.
   b. March 16, 2009 – parties to file their opposition briefs.
   c. March 18, 2009 – parties to file their reply briefs. no later than 4:00 p.m.
   d. March 24, 2009 at 9:00 a.m. – hearing on Plaintiffs' Motion to Compel;

4. No other time modifications related to these motions have been requested by the parties.

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

615489.1 | 2 | C 08-00732 CW
STIPULATED REQUEST FOR ORDER CHANGING TIME

5. The Order requested by the parties would not have an impact on any other dates set by the Court in this case.

For the reasons stated above, the parties respectfully request that the Court grant their stipulated request for order changing time so that Plaintiffs' and American's Motion to Compel and American's Motion for Sanctions can be heard as expeditiously as possible.

DATED: March 9, 2009　　　　COOPER, WHITE & COOPER LLP

By: ___/s/_____
　　Jie-Ming Chou
　　Attorneys for Defendant American Airlines, Inc.

DATED: March 9, 2009　　　　LAW OFFICES OF DAVID G. RAMOS
By:

___/s/_____
David Ramos
Attorneys for Plaintiffs Kathleen Hanni, Timothy Hanni, Chase Costello, and Landen Hanni

**<u>ORDER</u>**

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

Dated: March __9__, 2009

*IT IS SO ORDERED AS MODIFIED*
*Judge Elizabeth D. Laporte*

_____
The Honorable Elizabeth D. Laporte
United States Magistrate Judge