LOCKE LORD BISSELL & LIDDELL LLP
MICHAEL V. POWELL (TX SBN 16204400) (appearance *pro hac vice*)
  mpowell@lockelord.com
2200 Ross Avenue, Suite 2200
Dallas, Texas  75201-6776
Telephone:  (214) 740-8520
Facsimile:  (214) 756-8520

COOPER, WHITE & COOPER LLP
STEPHEN KAUS (SBN 57454)
  skaus@cwclaw.com
JIE-MING CHOU (SBN 211346)
  jchou@cwclaw.com
201 California Street, 17th Floor
San Francisco, California  94111
Telephone:    (415) 433-1900
Facsimile:    (415) 433-5530

Attorneys for DEFENDANT AMERICAN AIRLINES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| KATHLEEN HANNI, individually and on behalf of all others similarly situated, TIMOTHY T. HANNI, CHASE L. COSTELLO, and LANDEN T. HANNI, a minor, by and through his parent and Natural Guardian, Kathleen Hanni,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN AIRLINES, INC., and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. C 08-00732 CW (EDL)<br><br>**REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Date:    March 24, 2009<br>Time:    9:00 a.m.<br>Place:    Courtroom E |

Counsel for Defendant American Airlines, Inc. ("American"), Michael V. Powell, hereby submits this request for a telephonic appearance:

Whereas, American has filed a Motion to Compel and Motion for Sanctions against Plaintiffs in this matter and such motions are scheduled for hearing before this Court on Tuesday, March 24, 2009 at 9:00 a.m.

1  Whereas, Plaintiffs have filed a Motion to Compel, Motions for Protective Order and
2  Motion to Quash against American in this matter and such motions are also scheduled for hearing
3  before this Court on Tuesday, March 24, 2009 at 9:00 a.m.
4  Whereas, I am lead counsel for American in this matter, am based in Dallas, Texas and
5  will be in Colorado for another matter on Tuesday, March 24, 2009 and am therefore unable to
6  attend the hearing in person.
7  Whereas, I can be reached telephonically by the Court at the following number starting at
8  9:00 a.m. on Tuesday, March 24, 2009: (214) 207-5498.
9  I therefore respectfully request that the Court grant my request for a telephonic appearance
10 for the motion hearings on Tuesday, March 24, 2009.

DATED: March 19, 2009                LOCKE LORD BISSELL & LIDDELL

                                     By:   /s/
                                     Michael V. Powell
                                     Attorneys for DEFENDANT AMERICAN
                                     AIRLINES, INC.

For good cause shown, Mr. Michael Powell's request to appear telephonically is hereby granted. However, as it appears that local counsel is familiar with the issues in the motions, local counsel shall appear in person.

_____
The Honorable Elizabeth Laporte
United States Magistrate Judge

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

616126.1                         2                    C 08-00732 CW (EDL)
REQUEST FOR TELEPHONIC APPEARANCE