**United States District Court**
For the Northern District of California

1
2
3
4
5                  IN THE UNITED STATES DISTRICT COURT
6                FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8   KATHLEEN HANNI, et al.,                No. C-08-00732 SBA (EDL)
9              Plaintiffs,                 **ORDER RE DEFENDANT'S MOTION
                                           TO SHORTEN TIME**
10     v.
11  AMERICAN AIRLINES, INC.,
12              Defendant.
                                    /
13
14          Defendant American Airlines has filed a motion to shorten time on its motion for sanctions
15  for Plaintiffs' failure to comply with this Court's prior discovery order. It is hereby ordered that
16  Plaintiffs shall file a response to Defendant's motion to shorten time no later than April 10, 2009 at
17  9:00 a.m. The Court will then determine the briefing schedule.
18  **IT IS SO ORDERED.**
19
20  Dated: April 9, 2009
21                                         _____
                                           ELIZABETH D. LAPORTE
22                                         United States Magistrate Judge
23
24
25
26
27
28