IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN HANNI, et al., | No. C-08-00732 CW (EDL) |
| Plaintiffs, | **ORDER RE MOTION TO SHORTEN TIME** |
| v. | |
| AMERICAN AIRLINES, INC., | |
| Defendant. | |

On April 15, 2009, Plaintiffs filed a motion to enlarge time to complete class certification discovery. They also seek shortened time on that motion. It is hereby ordered that Defendant American Airlines shall respond to Plaintiffs' motion to shorten time on their motion for enlargement no later than Friday, April 17, 2009 at 10:00 a.m. The Court will then decide if shortened time is appropriate and will set a briefing schedule and hearing, if necessary, on Plaintiffs' motion for enlargement.

**IT IS SO ORDERED.**

Dated: April 16, 2009

ELIZABETH D. LAPORTE
United States Magistrate Judge