IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN HANNI, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>AMERICAN AIRLINES, INC.,<br><br>        Defendant.<br>_____/ | No. C 08-732 CW<br><br>ORDER DENYING OBJECTION TO MAGISTRATE JUDGE'S APRIL 17, 2009 ORDER |

    Having considered Plaintiff Kathleen Hanni's objection to Magistrate Judge Laporte's April 17, 2009 order denying Plaintiff's motion to shorten time, the Court hereby DENIES the objection.

    IT IS SO ORDERED.

Dated: 4/29/09

                                      CLAUDIA WILKEN
                                      United States District Judge

cc:  EDL