IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN HANNI, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>    v.<br><br>AMERICAN AIRLINES, INC.,<br><br>           Defendant.<br> _____/ | No. C 08-732 CW<br><br>ORDER ON MOTION TO DENY CLASS CERTIFICATION |

   Defendant American Airlines moved to deny class certification and scheduled a hearing on the matter for June 4, 2009.  However, Plaintiff has a motion to enlarge time to complete class certification discovery to be heard by Judge Laporte on May 19, 2009.  Therefore, the Court vacates Defendant's June 4, 2009 hearing with respect to its motion to deny class certification. The parties shall not file any responsive papers to the class certification motion until the enlarge time motion before Judge Laporte has been resolved.  The parties shall notify the Court when Judge Laporte issues her ruling.

   IT IS SO ORDERED.

Dated: 5/1/09



CLAUDIA WILKEN
United States District Judge