IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN HANNI, et al.,

    Plaintiffs,

  v.

AMERICAN AIRLINES, INC.,

    Defendant.
                                         /

No. C-08-00732 CW (EDL)

**ADDENDUM TO APRIL 17 ORDER DENYING PLAINTIFFS' MOTION TO SHORTEN TIME**

    On April 15, 2009, Plaintiffs filed a motion to enlarge time to complete class certification discovery. They sought shortened time on that motion, which the Court denied. On May 1, 2009, Plaintiffs faxed a letter to chambers indicating that they are unclear as to whether the scheduling of their motion to enlarge time, set for hearing on May 19, 2009, implicitly granted an extension of the May 4, 2009 class certification motion deadline.

    The Court notes that Plaintiffs have been less than clear about their requests. While Plaintiffs note that the class certification motion deadline is May 4, 2009, this deadline does not appear in the scheduling order; nor is it referred to in Plaintiffs' motion to enlarge time. Plaintiffs are also unclear as to what relief they seek in their motion to enlarge time. In that motion, Plaintiffs ask that the scheduling order be modified to extend class certification discovery, noting "all other dates in the scheduling order, including the trial date, would remain as currently scheduled." Mot. at 2. However, while their motion itself appears to seek no other relief, Plaintiffs state at the conclusion of their memorandum of law that the "Court should modify the current Scheduling Order . . . and extend discovery for class action issues and for Plaintiffs to file a class certification motion by 40 days, or to such an extent the court deems reasonable under the circumstances . . . ."

    The above ambiguities aside, regardless of whether the Court extends the discovery cutoff

when it decides Plaintiffs' motion on May 19, it will also set a briefing schedule for class certification motions. In the interim, Plaintiffs need not file their class certification motion by May 4.

**IT IS SO ORDERED.**

Dated:   May 1, 2009

_Elijah D. Laporte_
ELIZABETH D. LAPORTE
United States Magistrate Judge

2