IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HANNI, et al.,           No. C-08-00732 CW (EDL)

    Plaintiffs,           **ORDER REGARDING DEFENDANT'S MOTION TO SHORTEN TIME**

v.

AMERICAN AIRLINES, INC.,

    Defendant.
_____/

There are currently two motions set for hearing on May 19, 2009: Defendant's motion for sanctions and Plaintiffs' motion to enlarge time regarding discovery. Defendant also filed a motion for a temporary stay of discovery, which was referred to this Court by the Honorable Claudia Wilken. Defendant seeks shortened time on its motion for a stay so that it can be heard on May 19, 2009, along with the other pending discovery motions. It is hereby ordered that if Plaintiffs oppose shortened time, they shall file an opposition to the motion to shorten time no later than Monday, May 11, 2009 at 2:00 p.m. The Court will then set a briefing schedule for the motion for the temporary stay.

**IT IS SO ORDERED.**

Dated: May 8, 2009

ELIZABETH D. LAPORTE
United States Magistrate Judge