IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNI, et al., | No. C-08-00732 CW (EDL) |
| Plaintiffs, | **ORDER GRANTING DEFENDANT'S REQUEST TO STAY DEPOSITION IN PART** |
| v. | |
| AMERICAN AIRLINES, INC., | |
| Defendant. | |

Defendant has moved to quash the deposition of its Rule 30(b)(6) witness on May 21-22, 2009. On May 19, 2009, this Court is scheduled to hear Defendant's motion to temporarily stay discovery and Plaintiffs' motion to enlarge time for discovery. The former motion may moot Defendant's motion to quash, if granted. The Court, therefore, hereby briefly stays the Rule 30(b)(6) deposition notice until it rules on Defendant's motion to quash. However, Defendant should be prepared to promptly produce Rule 30(b)(6) deponents in the event the Court ultimately denies their motion to quash. At this point in time, the Court expresses no opinion on the merits of that motion to quash.

**IT IS SO ORDERED.**

Dated: May 18, 2009

ELIZABETH D. LAPORTE
United States Magistrate Judge