IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNI,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>    Defendant.                             / | No. C-08-00732 CW (EDL)<br><br>**ORDER REGARDING LETTER FROM PLAINTIFFS RE MEDICAL RECORDS** |

    Plaintiffs e-filed a letter dated May 29, 2009, noting, among other things, that Plaintiffs' counsel wishes to confer with his client about potentially withdrawing from the case. In addition, discovery is currently stayed in this case, and Defendant's dispositive motion is pending. Therefore, the Court will not entertain any contempt motions unless Plaintiffs fail to comply with the Court's order to produce the medical records by June 9, 2009, when Plaintiffs' attorney will be back in his office, giving Plaintiffs one last chance to comply as previously ordered.

**IT IS SO ORDERED.**

Dated: May 29, 2009

                                        ELIZABETH D. LAPORTE
                                      United States Magistrate Judge