**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN HANNI, individually and on behalf of all others similarly situated, TIMOTHY T. HANNI, CHASE L. COSTELLO, and LANDEN T. HANNI, a minor, by and through his parent and Natural Guardian, Kathleen Hanni.<br><br>    Plaintiffs,<br><br>  v.<br><br>AMERICAN AIRLINES, INC., and DOES 1 through 20, inclusive,<br><br>    Defendants._____/ | No. C 08-00732 CW<br><br>ORDER TAKING MOTION UNDER SUBMISSION |

    Notice is hereby given that the Court, on its own motion, shall take Colleen O'Connor's motion to intervene as a named plaintiff under submission on the papers.  The hearing previously scheduled for July 16, 2009, is vacated.  Opposition to the motion will be due one week from the date of this order, and any reply will be due one week thereafter.

    IT IS SO ORDERED.

Dated: 6/17/09

                                                                      CLAUDIA WILKEN
                                                                      United States District Judge