LOCKE LORD BISSELL & LIDDELL LLP
MICHAEL V. POWELL (TX SBN 16204400) (appearance *pro hac vice*)
  mpowell@lockelord.com
2200 Ross Avenue, Suite 2200
Dallas, Texas  75201-6776
Telephone:  (214) 740-8520
Facsimile:  (214) 756-8520

COOPER, WHITE & COOPER LLP
STEPHEN KAUS (SBN 57454)
  skaus@cwclaw.com
JIE-MING CHOU (SBN 211346)
  jchou@cwclaw.com
201 California Street, 17th Floor
San Francisco, California  94111
Telephone:    (415) 433-1900
Facsimile:     (415) 433-5530

Attorneys for Defendant, American Airlines, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| KATHLEEN HANNI, individually and on behalf of all others similarly situated, TIMOTHY T. HANNI, CHASE L. COSTELLO, and LANDEN T. HANNI, a minor, by and through his parent and Natural Guardian, Kathleen Hanni<br><br>           Plaintiff,<br><br>    vs.<br><br>AMERICAN AIRLINES, INC., and DOES 1 through 20, inclusive,<br><br>           Defendants. | CASE NO. C08-00732 CW<br><br>**STIPULATED REQUEST TO POSTPONE SCHEDULED MEDIATION** |

Plaintiffs Timothy Hanni and Chase Costello ("Plaintiffs") and Defendant American Airlines, Inc. ("American") hereby stipulate and request the Court to authorize cancellation of the mediation scheduled for November 18, 2009 and to postpone any further mediation until the Court has ruled on motions that are presently pending.

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

625933.1                                                                                                                  C08-00732CW
STIPULATED REQUEST TO VACATE MEDIATION DATE

1. Whereas, the Court previously ordered the parties to mediate with Mediator David Meadows on November 18, 2009 (Dkt. 359).

2. Whereas, cross-motions regarding class certification, American's motion for summary judgment, Plaintiffs' motion for partial summary judgment and a motion to intervene by Colleen O'Connor are presently has under submission to the Court.

3. Whereas, the parties believe that a meaningful mediation cannot occur until the pending motions are decided and wish to postpone the mediation until after that occurs and the appointed mediator, David Meadows, agrees that the mediation should be so postponed.

4. Whereas, the various pre-trial and trial dates will need to be adjusted after the Court's rulings.

5. Therefore, the parties request that the Court vacate the order setting a mediation for November 18, 2009 and order that a new mediation date will be selected after the pending motions are decided.

DATED: November 10, 2009            COOPER, WHITE & COOPER LLP

                                    By:  /s/
                                         Stephen Kaus
                                         Attorneys for Defendant American Airlines, Inc.

DATED: November 10, 2009            LAW OFFICES OF PAUL S. HUDSON, P.C.

                                    By:  /s/
                                         Paul Hudson
                                         Attorneys for Plaintiffs Timothy Hanni and Chase Costello

## ORDER

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

Dated: November 12, 2009

_____
The Honorable Claudia Wilken
United States District Judge

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

625933.1                            2                            C08-00732CW
STIPULATED REQUEST TO VACATE MEDIATION DATE