LOCKE LORD BISSELL & LIDDELL LLP
MICHAEL V. POWELL (TX SBN 16204400) (appearance *pro hac vice*)
  mpowell@lockelord.com
2200 Ross Avenue, Suite 2200
Dallas, Texas  75201-6776
Telephone:  (214) 740-8520
Facsimile:  (214) 756-8520

COOPER, WHITE & COOPER LLP
STEPHEN KAUS (SBN 57454)
  skaus@cwclaw.com
JIE-MING CHOU (SBN 211346)
  jchou@cwclaw.com
201 California Street, 17th Floor
San Francisco, California  94111
Telephone:     (415) 433-1900
Facsimile:     (415) 433-5530

Attorneys for Defendant, American Airlines, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| TIMOTHY T. HANNI, individually and on behalf of all others similarly situated, and CHASE L. COSTELLO,<br><br>      Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC., and DOES 1 through 20, inclusive,<br><br>      Defendants. | CASE NO. C08-00732 CW<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**Local Rule 6-2**<br><br><br>Date:  April 20, 2010<br>Time: 2:00 p.m. |

     Plaintiffs Timothy Hanni and Chase Costello, ("Plaintiffs") and Defendant American Airlines, Inc. ("American"), pursuant to Civil Local Rule 6.2 hereby stipulate and request the Court to continue the Case Management Conference currently set for April 20, 2010 at 2:00 p.m. until June 29, 2010 at 2:00 p.m.

     The reason for this stipulation is that the Court has Plaintiffs' motion to reconsider the dismissal of the false imprisonment cause of action, to file an amended complaint and for class

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

615798.1     C08-00732CW
STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE

certification under submission as well as American's motion to file a supplemental memorandum. Until those motions are decided, the parties believe that a Case Management Conference would not be productive.

DATED: April 12, 2010                                COOPER, WHITE & COOPER LLP


By:   /s/
      Stephen Kaus
      Attorneys for Defendant American Airlines, Inc.


DATED: April 12, 2010                                LAW OFFICES OF PAUL S. HUDSON, P.C.


By:   /s/
      Paul Hudson
      Attorneys for Plaintiffs Timothy Hanni and Chase Costello


## **DECLARATION IN SUPPORT OF STIPULATION**

STEPHEN KAUS declares

    1.    I am an attorney for Defendant American Airlines, Inc. in this litigation.

    2.    The Court presently has Plaintiffs' motions to reconsider, amend and certify a class under submission as well as American's motion to submit a supplemental memorandum. If Plaintiffs' motions are denied, the case would be concluded. If there is some other decision, the future course of the litigation will depend on that ruling. At this time the parties cannot meaningfully participate in a case management conference and believe such a conference would be a waste of the Court's resources.

    3.    There have been no previous continuances of the case management conference. The requested continuance will not affect any other dates as none are set.

I declare the forging to be true under penalty of perjury under the laws of the State of California and of the United States and that this declaration was signed on April 12, 2010 at San Francisco, California.

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

615798.1                                2                                C08-00732CW
STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE

/s/
Stephen Kaus, declarant

**ORDER**

PURSUANT TO THIS STIPULATION, it is ordered that the Case Management Conference set for April 20, 2010 is continued until June 29, 2010 at 2:00 p.m..

Dated: April 19, 2010

*[signature]*

The Honorable Claudia Wilken

United States District Judge

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

615798.1                     3                     C08-00732CW
STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE