**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9
TIMOTHY HANNI, individually and on          No. C 08-00732 CW
10   behalf of all others similarly
situated, and CHASE L. COSTELLO,            ORDER DIRECTING CLERK
11                                               TO ENTER JUDGMENT
          Plaintiffs,
12
     v.
13
AMERICAN AIRLINES, INC., and DOES 1
14   through 20, inclusive,

15          Defendants.

16   _____/

17
          On April 19, 2010, the Court granted Plaintiffs leave to file
18
a new proposed fourth amended complaint within one week from the
19
date of that order.  Plaintiffs have decided not to file an amended
20
complaint and they request that the Court enter a final judgment in
21
the case.  Because all of Plaintiffs' claims have been dismissed or
22
summarily adjudicated against them, the clerk shall enter judgment
23
for Defendant.
24
          IT IS SO ORDERED.
25
Dated: 5/12/10
26                                    _____
                                     CLAUDIA WILKEN
27                                   United States District Judge

28